UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD. | § § | |
| vs. | § § § | NO: WA:19-CV-00236-ADA |
| LG DISPLAY CO., LTD., LG ELECTRONICS, INC., SONY CORPORATION, LG DISPLAY CO., LTD., LG ELECTRONICS, INC., SOLAS OLED LTD. | § | |

### ORDER RESETTING TIME OF TELEPHONIC CONFERENCE

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on December 06, 2019 at **11:15 AM** . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **5th day of December, 2019**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE