# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:19-CV-00236-ADA |
| | § | |
| LG DISPLAY CO., LTD., LG ELECTRONICS, INC., SONY CORPORATION | § | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, May 22, 2020 at 09:00 AM**.

IT IS SO ORDERED this 6th day of December, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE