# EXHIBIT 2

LATHAM & WATKINS
NY LIBRARY

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

### Seventh Edition



RECEIVED
FEB - 9 2005



Published by
Standards Information Network
IEEE Press

Ref. TK9.I28
IEEE 100 The Authoritative    7th ed
Dictionary of IEEE Standards Terms

LATHAM & WATKINS LLP
NY LIBRARY

DEMCO

LGDSOLAS_0016053

# Contents

Introduction .......... v

How to Use This Dictionary .......... vi

Categories .......... vi

Trademarks .......... ix

The Authoritative Dictionary of IEEE Standards Terms .......... 1

Abstracts and Sources .......... 1294

Non-IEEE Standards Sources .......... 1351

---

## TRADEMARKS & DISCLAIMERS

Trademarks and disclaimers

IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.

Other tradenames and trademarks in this document are those of their respective owners.

The Institute of Electrical and Electronics Engineering, Inc.
3 Park Avenue, New York, NY, 10016-5997, USA

Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

To order IEEE Press publications, call 1-800-678-IEEE.

Print: ISBN 0-7381-2601-2        SP1122

See other standards and standards-related product listings at: http://standards.ieee.org/

The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.

This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
  p. cm.
ISBN 0-7381-2601-2 (paperback : alk. paper)
1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 I28 2000
621.3'03—dc21                                                    00-050601

**cryogenic storage** A type of storage that uses the superconductive and magnetic properties of certain materials at temperatures near absolute zero. (C) 610.10-1994w

**cryotron** (1) A superconductive device in which current in one or more input circuits magnetically controls the superconducting-to-normal transition in one or more output circuits, provided the current in each output circuit is less than its critical value. *See also:* superconductivity. (ED) [46]
(2) A device that makes uses of the effects of extremely low temperatures on conductive materials such that small magnetic field changes can control large current changes.
(C) 610.10-1994w

**cryptography** The discipline embodying principles, means, and methods for the transformation of data in order to hide its information content, prevent its undetected modification, and/or prevent its unauthorized use. (LM/C) 802.10-1992

**crystal (A) (communication practice)** A piezoelectric crystal.
**(B) (communication practice)** A piezoelectric crystal plate.
**(C) (communication practice)** A crystal rectifier. (PE/EEC) [119]

**crystal-controlled oscillator** *See:* crystal oscillator.

**crystal diode** A rectifying element comprising a semiconducting crystal having two terminals designed for use in circuits in a manner analogous to that of electron-tube diodes. *See also:* rectifier. (EEC/PE) [119]

**crystal loudspeaker (piezoelectric loudspeaker)** A loudspeaker in which the mechanical displacements are produced by piezoelectric action. (EEC/PE) [119]

**crystal microphone (piezoelectric microphone)** A microphone that depends for its operation on the generation of an electric charge by the deformation of a body (usually crystalline) having piezoelectric properties. *See also:* microphone. (EEC/PE) [119]

**crystal mixer (mixer)** A crystal receiver that can be fed simultaneously from a local oscillator and signal source, for the purpose of frequency changing. *See also:* waveguide. (Std100) [84]

**crystal oscillator (crystal-controlled oscillator)** An oscillator in which the principal frequency-determining factor is the mechanical resonance of a piezoelectric crystal. *See also:* oscillatory circuit. (BT) 182A-1964w

**crystal pickup (piezoelectric pickup)** A phonograph pickup that depends for its operation on the generation of an electric charge by the deformation of a body (usually crystalline) having piezoelectric properties. *See also:* phonograph pickup. (EEC/PE) [119]

**crystal pulling** A method of crystal growing in which the developing crystal is gradually withdrawn from a melt. (IA) [12]

**crystal receiver** A waveguide incorporating a crystal detector for the purpose of rectifying received electromagnetic signals. *See also:* waveguide. (AP/ANT) [35], [84]

**crystals hierarchy (primary ferroelectric terms)** Depending on their geometry, crystals are commonly classified into seven systems: triclinic (the least symmetrical), monoclinic, orthorhombic, tetragonal, trigonal, hexagonal, and cubic. The seven systems in turn are divided into point groups (crystal classes) according to their symmetry with respect to a point. There are 32 such crystal classes; 20 are piezoelectric. Piezoelectric crystals have the following property: if stress is applied along certain directions in the crystals, they develop an electric polarization whose magnitude is (within limits) proportional to the applied stress. Conversely, when an electric field is applied along certain directions in a piezoelectric crystal, the crystal is strained by an amount proportional to the applied field. Each crystal system contains at least one piezoelectric class. Ten of the 20 piezoelectric classes possess spontaneous electrical polarization; that is, they have a non-vanishing dipole moment per unit volume and are called polar. The ten polar crystal classes are designated 1, 2, m, 2mm, 4, 4mm, 3, 3m, 6, 6mm in the notation of Hermann and Maugin, $C_1$, $C_2$, $C_{1v}$, $C_{2v}$, $C_4$, $C_{4v}$, $C_3$, $C_{3v}$, $C_6$, $C_{6v}$, respectively in the notation of Schoenflies. (UFFC) 180-1986w

**crystal spots** Spots produced by the growth of metal sulfide crystals upon metal surfaces with a sulfide finish and lacquer coating. The appearance of crystal spots is called spotting in. *See also:* electroplating. (EEC/PE) [119]

**crystal-stabilized transmitter** A transmitter employing automatic frequency control, in which the reference frequency is that of a crystal oscillator. *See also:* radio transmitter. (AP/ANT) 145-1983s

**crystal systems** The term "crystal" is applied to a solid in which the atoms are arranged in a single pattern repeated throughout the body. In a crystal the atoms may be thought of as occurring in small groups, all groups being exactly alike, similarly oriented, and regularly aligned in all three dimensions. Each group can be regarded as bounded by a parallelepiped and each parallelepiped regarded as one of the ultimate building blocks of the crystal. The crystal is formed by stacking together in all three dimensions replicas of the basic parallelepiped without any spaces between them. Such a building block is called a unit cell. Since the choice of a particular set of atoms to form a unit cell is arbitrary, it is evident that there is a wide range of choices in the shapes and dimensions of the unit cell. In practice, that unit cell is selected which is most simply related to the actual crystal faces and X-ray reflections, and which has the symmetry of the crystal itself. Except in a few special cases, the unit cell has the smallest possible size. In crystallography the properties of a crystal are described in terms of the natural coordinate system provided by the crystal itself. The axes of this natural system, indicated by the letters a, b, and, c, are the edges of the unit cell. In a cubic crystal, these axes are of equal length and are mutually perpendicular; in a triclinic crystal they are of unequal lengths and no two are mutually perpendicular. The faces of any crystal are all parallel to planes whose intercepts on the a, b, c axes are small multiples of unit distances or else infinity, in order that their reciprocals, when multiplied by a small common factor, are all small integers or zero. These are the indices of the planes. In this nomenclature we have, for example, faces (100), (010), (001), also called the a, b, c faces, respectively. In the orthorhombic, tetragonal, and cubic systems, these faces are normal to the a, b, c axes, 100, etc. Even in the monoclinic and triclinic systems, these faces contain respectively, the b and c, a and c, and, a and b axes. As referred to the set of rectangular axes X, Y, Z, these indices are in general irrational except for cubic crystals. Depending on their degrees of symmetry, crystals are commonly classified into seven systems: triclinic (the least symmetrical), monoclinic, orthorhombic, tetragonal, trigonal, hexagonal, and cubic. The seven systems, in turn, are divided into point groups (classes) according to their symmetry with respect to a point. There are 32 such classes, eleven of which contain enantiomorphous forms. Twelve classes are of too high a degree of symmetry to show piezoelectric properties. Thus twenty classes can be piezoelectric. Every system contains at least one piezoelectric class. (UFFC) 176-1978s

**crystal-video receiver** A receiver consisting of a crystal detector and a video amplifier. (EEC/PE) [119]

**CSC** *See:* computer software component.

**CSCI** *See:* computer software configuration item.

**C-scope** A cathode-ray oscilloscope arranged to present a C-display. (AES/RS) 686-1990

**CSI** *See:* communication services interface.

**CSMA/CD LAN (1)** Any local area network using the CSMA/CD access protocol. (LM/C) 802.1H-1995
**(2)** An IEEE 802.3 LAN is a CSMA/CD LAN, as is an Ethernet LAN. Most CSMA/CD networks are hybrids, carrying both Ethernet and IEEE 802 style frames. (LM/C) 802.1H-1995

**CSMP III** *See:* Continuous System Modeling Program III.

**CSR** *See:* control and status register.

**CSR Architecture (1)** IEEE Std 1212-1991, IEEE Standard Control and Status Register (CSR) Architecture for Microcomputer Buses. (C/MM) 1596-1992

**(2)** Refers to IEEE Std 1212-1991, the parent document of this series. It specifies the overall architecture of a node on conformant standard buses and specifically the structure and use of its CSRs and standard ROM locations. (C/MM) 1212.1-1993

**(3)** ISO/IEC 13213: 1994 [ANSI/IEEE Std 1212, 1994 Edition], Information technology-Microprocessor systems-Control and Status Registers (CSR) Architecture for microcomputer buses. (C/MM) 1394-1995

**(4)** Refers to IEEE Std 1212-1991. (C/MM) 1596.5-1993, 1212-1991s

**(5)** ISO/IEC 13213: 1994 [ANSI/IEEE Std 1212, 1994 Edition] Information technology—Microprocessor systems—Control and Status Register (CSR) Architecture for microcomputer buses. (C/MM) 1596.4-1996

**CSR space** *See:* control and status register space.

**CSR unit architecture** The logical component of a node that is accessed by I/O driver software. After the node is initialized and configured, the units normally operate independently. Note that one node could have multiple units (for example, processor, memory, and SCSI controller). (C/BA) 896.3-1993w

**CSS/II** *See:* Computer System Simulation II.

**CSSL** *See:* Continuous Systems Simulation Language.

**CSU** *See:* channel service unit.

**CT** *See:* current transformer; computed tomography.

**CTIC** *See:* conformance test interface connector.

**CTRL** *See:* control key.

**CTS** *See:* computer typesetting.

**CTS build system** The hardware and software used to compile and configure a CTS. (C/PA) 2003-1997

**CTS execution system** The hardware and system software on which the CTS is executed. (C/PA) 2003-1997

**cube tap** *See:* multiple plug.

**cubic meters per second (m³/s) (cubic meters per second)** Volume of water or liquid discharged per second under standard conditions. (T&D/PE) 957-1995, 957-1987s

**cubic natural spline (pulse terminology)** A catenated piecewise sequence of cubic polynominal functions $p(1, 2)$, $p(2, 3)$, ... , $p(n-1, n)$ between knots $t_1m_1$ and $t_2m_2$, $t_2 m_2$ and $t_3m_3$, ... , $t_{n-1} m_{n-1}$ and $t_n m_n$, respectively, wherein: (1) At all knots the first and second derivatives of the adjacent polynominal functions are equal, and (2) For all values of $t$ less than $t_1$ and greater than $t_n$, the function is linear. *See also:* waveforms produced by operations on waveforms. (IM/WM&A) 194-1977w

**cue** *See:* call.

**cumulative amplitude probability distribution (control of system electromagnetic compatibility)** A cumulative distribution showing the probability that all amplitudes equal to, or above, a stated value are exceeded as a function of that value. C63.12-1984

**cumulative compound (rotating machinery)** Applied to a compound machine to denote that the magnetomotive forces of the series and the shunt field windings are in the same direction. *See also:* magnetomotive force. (PE) [9]

**cumulative demand** An indicating demand meter in which the accumulated total of maximum demands during the preceding periods is indicated during the period after the meter has been reset and before it is reset again. *Note:* The maximum demand for any one period is equal or proportional to the difference between the accumulated readings before and after reset. (AMR/SCC31) 1377-1997

**cumulative demand meter** (or register) An indicating demand meter in which the accumulated total of maximum demands during the preceding periods is indicated during the period after the meter has been reset and before it is reset again. *Note:* The maximum demand for any one period is equal or proportional to the difference between the accumulated readings before and after reset. *See also:* electricity meter. (ELM) C12.1-1982s

**cumulative demand register (metering)** A register that indicates the sum of the previous maximum demand readings prior to reset. When reset, the present reading is added to the previous accumulated readings. The maximum demand for the present reading period is the difference between the present and previous readings. (ELM) C12.1-1982s

**cumulative detection probability** The probability that a target is detected on at least one of $n$ successive scans or detection opportunities of a surveillance radar. (AES) 686-1997

**cumulative latency** The time it takes for a signal element to travel from the active monitor's transmitter output to its receiver input. (C/LM) 8802-5-1998

**cumulative leakage index (broadband local area networks)** A measurement of cumulative RF signal leakage of a cable system. The measurement is usually specified for a given area. (LM/C) 802.7-1989r

**cumulative probability distribution** *See:* probability distribution function.

**cuprous chloride cell** A primary cell in which depolarization is accomplished by cuprous chloride. *See also:* electrochemistry. (EEC/PE) [119]

**Curie temperature (electrical heating systems)** The temperature at which the magnetic properties of a substance change from ferromagnetic to paramagnetic. (IA/PC) 844-1991

**Curie-Weiss temperature (primary ferroelectric terms)** The intercept, $_q$ of the linear portion of the plot of $1/k$ versus T, in the region above the ferroelectric Curie point, where k is the small-signal relative dielectric permittivity measured at zero bias field along the polar axis, and T is the absolute temperature. *Note:* In many ferroelectrics, k follows the Curie-Weiss relation. (UFFC) 180-1986w

**curl** A vector that has a magnitude equal to the limit of the quotient of the circulation around a surface element on which the point is located by the area of the surface, as the area approaches zero, provided the surface is oriented to give a maximum value of the circulation: the positive direction of this vector is that traveled by a right hand screw turning about an axis normal to the surface element when an integration around the element in the direction of the turning of the screw gives a positive value to the circulation. If the vector A of a vector field is expressed in terms of its three rectangular components $A_x$, $A_y$, and $A_z$, so that the values of $A_x$, $A_y$, and $A_z$ are each given as a function of $x$, $y$, and $z$, the curl of the vector field (abbreviated curl A or $\nabla \times A$) is the vector sum of the partial derivatives of each perpendicular to it, or curl

$$\text{curl } A = \nabla \times A = \begin{vmatrix} \mathbf{i} & \mathbf{j} & \mathbf{k} \\ \frac{\delta}{\delta x} & \frac{\delta}{\delta y} & \frac{\delta}{\delta z} \\ A_x & A_y & A_z \end{vmatrix}$$

$$= \mathbf{i}\left\{\frac{\delta A_z}{\delta y} - \frac{\delta A_y}{\delta z}\right\} + \mathbf{j}\left\{\frac{\delta A_x}{\delta z} - \frac{\delta A_z}{\delta x}\right\} + \mathbf{k}\left\{\frac{\delta A_y}{\delta x} - \frac{\delta A_x}{\delta y}\right\}$$

$$= \mathbf{i}(D_y A_z - D_z A_y) + \mathbf{j}(D_z A_x - D_x A_z) + \mathbf{k}(D_x A_y - D_y A_x).$$

where **i**, **j**, and **k** are unit vectors along the x, y, and z axes, respectively. Example: The curl of the linear velocity of points in a rotating body is equal to twice the angular velocity. The curl of the magnetic field strength at a point within an electric conductor is equal to $k$ times the current density at the point where $k$ is a constant depending on the system of units. (Std100) 270-1966w

**currency symbol character** A character within a picture specification that represents the currency sign. *Note:* $ is commonly used. (C) 610.5-1990w

**current (1)** The flow of electrons within a wire or a circuit; measured in amperes. (C) 610.7-1995
**(2) (general)** A generic term used when there is no danger of ambiguity to refer to any one or more of the currents specifically described. *Note:* (1) For example, in the expression "the current in a simple series circuit," the word current refers to the conduction current in the wire of the inductor and the displacement current between the plates of the capacitor. (2)

**current amplification**

A direct current is a unidirectional current in which the changes in value are either zero or so small that they may be neglected. A given current would be considered a direct current in some applications, but would not necessarily be so considered in other applications. (Std100) 270-1966w
(3) The use of certain adjectives before "current" is often convenient, as in convection current, anode current, electrode current, emission current, etc. The definition of conducting current usually applies in such cases and the meaning of adjectives should be defined in connection with the specific applications. (Std100) 270-1966w
(4) Sum of the polarization and conductance currents.
(PE) 402-1974w

**current amplification** (1) The ratio of the output current to the cathode current due to photoelectric emission at constant electrode voltages. *Notes*: 1. The term output current and photocathode current as here used does not include the dark current. 2. This characteristic is to be measured at levels of operation that will not cause saturation. *See also*: phototube.
(ED/NPS) 161-1971w, 398-1972r
(2) (**magnetic amplifier**) The ratio of differential output current to differential control current. (MAG) 107-1964w
(3) The ratio of the signal output current to the current applied to the input. *See also*: amplifier. (ED) [45]

**current, anode** *See*: electrode current.

**current attenuation** Either a decrease in signal current magnitude, in transmission from one point to another, or the process thereof, or of a transducer, the scalar ratio of the signal input current to the signal output current. *Note*: By incorrect extension of the term "decibel," this ratio is sometimes expressed in decibels by multiplying its common logarithm by 20. It may be correctly expressed in decilogs. *See also*: decibel; attenuation. (SP) 151-1965w

**current, average discharge** *See*: average current.

**current balance ratio** The ratio of the metallic-circuit current or noise-metallic (arising as a result of the action of the longitudinal-circuit induction from an exposure on unbalances outside the exposure) to the longitudinal circuit current or noise-longitudinal in sigma at the exposure terminals. It is expressed in microamperes per milliampere or the equivalent. *See also*: inductive coordination. (PE/TR) [57]

**current-balance relay** A balance relay that operates by comparing the magnitudes of two current inputs.
(SWG/PE/PSR) C37.100-1992, C37.90-1978s

**current-balancing device** (**thyristor**) Device used to achieve satisfactory division of current among parallel connected semiconductor devices, for example, reactor, resistor, impedance. (IA/IPC) 428-1981w

**current-balancing reactor** A reactor used in semiconductor rectifiers to achieve satisfactory division of current among parallel-connected semiconductor diodes. *See also*: reactor.
(PE/TR) [57]

**current balancing transformer** *See*: sharing transformer and current balancing transformer.

**current carrier** In a semiconductor, a mobile conduction electron or hole. (AES/SS) 307-1969w

**current-carrying** *See*: energized.

**current-carrying capacity** The maximum current that a contact is able to carry continuously or for a specified period of time.
(IA/IAC) [60], [84]

**current-carrying part** A conducting part intended to be connected in an electric circuit to a source of voltage. *Note*: Non-current-carrying parts are those not intended to be so connected.
(SWG/NESC/T&D/PE) C2-1997, 516-1995, C37.100-1992, C37.40-1993, C37.30-1971s

**current circuit** (1) (**ac high-voltage circuit breakers**) That part of the synthetic test circuit from which the major part of the power frequency current is obtained.
(SWG/PE) C37.081-1981r, C37.083-1999

(2) (**relays**) An input circuit to that is applied a voltage or a current which is a measure of primary current.
(PE/PSR) C37.90.1-1989r

**current clamp** (**self-commutated converters**) (**converter circuit elements**) A clamp that limits the current through a semiconductor device. (IA/SPC) 936-1987w

**current comparator** (**metering**) A device by which the ratio of two currents and the phase angle between them can be measured precisely. *Note*: A common form of current comparator relies on a balance on ampere-turns produced by currents in two or more windings on one or more magnetic cores.
(ELM) C12.1-1988

**current compensator** (**excitation systems for synchronous machines**) An element of the excitation system that acts to compensate for synchronous machine load current effects. *Notes*: 1. Examples are reactive current compensator and active current compensator. A reactive current compensator is a compensator that acts to modify the regulated voltage in accordance with reactive current. An active current compensator is a compensator that acts to modify the regulated voltage in accordance with active current. 2. Historically, terms such as equalizing reactor and cross current compensator have been used to describe the function of a reactive compensator. These terms are deprecated. 3. Reactive compensators are generally applied with synchronous machine voltage regulators to obtain reactive current sharing among synchronous machines operating in parallel. They function in the following two ways:

a) Reactive droop compensation is the more common method. It creates a droop in synchronous machine terminal voltage proportional to reactive current and equivalent to that which would be produced by the insertion of a reactor between the synchronous machine terminals and the paralleling point.

b) Reactive differential compensation is used where droop in synchronous machine voltage is not wanted. It is obtained by a series differential connection of the various synchronous machine, current transformer secondaries, and reactive compensators. The difference current for any synchronous machine from the common series current creates a compensating voltage in the input to the particular synchronous machine voltage regulator which acts to modify the synchronous machine excitation to reduce to minimum (zero) its differential reactive current.

4. Line drop compensators modify synchronous machine terminal voltage by regulator action to compensate for the impedance drop from the machine terminals to a fixed point in the external circuit. Action is accomplished by insertion of a voltage equivalent to the impedance drop within the regulator input circuit. The voltage drops of the resistance and reactance portions of the impedance are obtained, respectively, by an active compensator and a reactive compensator.
(PE/EDPG) 421.1-1986r

**current, conduction** *See*: conduction current.

**current crest factor** The ratio of the peak value of lamp current to the root-mean-square value of lamp current.
(EEC/LB) [97]

**current cutoff** (**power supplies**) An overload protective mechanism designed into certain regulated power supplies to reduce the load current automatically as the load resistance is reduced. This negative resistance characteristic reduces overload dissipation to negligible proportions and protects sensitive loads. (AP/ANT) [35]

**current cycle loop** (**substation grounding**) The combination of conductors and connectors that carries the current of the circuit under test. (SUB/PE) 837-1989r

**current delay angle** (**thyristor**) The interval in electrical angular measure by which the starting instant of conduction is delayed in relation to operation that would occur with contin-

uously gated control elements. See $\alpha_1$ of the corresponding figure.



$i_R$ = current in a control element with all control elements continuously gated and a resistive load

NOTE: In the case of a single phase controller, $i_R$ is in phase with the line voltage. The latter may be used as a convenient reference voltage to measure $\alpha$

$i_o$ = current in a control element with all control elements continuously gated and at the specified load

$i_o$ = current in a control element with a trigger delay angle of $\alpha$ and at the specified load
$\alpha$ = angle of retard
$\alpha_1$ = current delay angle
$\psi$ = angle between $i_R$ and $i_o$

NOTE: In the case of a single phase controller, $\psi$ is identical with the load power factor angle.

current delay angle

**current density** (1) A generic term used where there is no danger of ambiguity to refer either to conduction-current density or to displacement-current density, or to both.
(Std100) 270-1966w

(2) A vector-point function describing the magnitude and direction of charge flow per unit area. The preferred unit is amperes per square meter (A/m²). (T&D/PE) 1227-1990r

**current derived voltage** A voltage produced by a combination of currents. *Note*: (1) The element used to create this voltage in a pilot system is popularly referred to as a filter. A typical example is a filter that is supplied three-phase currents and produces an output voltage proportional to the symmetrical component content of these currents. (For example, $V_F = K_1 IA_1 + K_2 IA_2 + K_1 IA_0$ where $IA_1$, $IA_2$, and $IA_0$ are the symmetrical components of the A phase current and the K are weighting factors.). (PE/PSR) C37.95-1973s

**current differential relay** A relay designed to detect faults by measuring the current magnitude and phase angle difference between relay terminals of a transmission line.
(PE/PSR) C37.113-1999

**current efficiency** (**specified electrochemical process**) The proportion of the current that is effective in carrying out that process in accordance with Faraday's law. *See also*: electrochemistry. (EEC/PE) [119]

**current extent** *See*: extensional set.

**current generator** (**signal-transmission system**) A two-terminal circuit element with a terminal current substantially independent of the voltage between its terminals. *Note*: An ideal current generator has zero internal admittance. *See also*: network analysis; signal. (ED) 161-1971w

**current injection method** A synthetic test method in which the voltage circuit is applied to the test circuit breaker before power frequency current zero.
(SWG/PE) C37.100-1992, C37.083-1999, C37.081-1981r

**current instance** The package instance whose private data is currently accessible. (C/BA) 1275-1994

**current limit** (1) The maximum output of the battery charger delivered to a discharged battery and load, usually stated as a percentage of output rating and with nominal input voltage supplied to the charger. (IA/PSE) 602-1996

(2) A control function that prevents a current from exceeding its prescribed limits. *Note*: Current-limit values are usually expressed as percent of rated-load value. If the current-limit circuit permits the limit value to increase somewhat instead of being a single value, it is desirable to provide either a curve of the limit value of current as a function of some variable such as speed or to give limit values at two or more conditions of operation. (IA/APP/IAC) [69], [60]

**current-limit acceleration** (**electric drive**) A system of control in which acceleration is so governed that the motor armature current does not exceed an adjustable maximum value. *See also*: electric drive. (IA/ICTL/IAC) [60]

**current-limit control** (**electric drive**) A system of control in which the armature current during speed changes does not exceed a predetermined value. *See also*: electric drive.
(EEC/PE) [119]

**current limiter** (**protection and coordination of industrial and commercial power systems**) A device intended to function only on fault currents of high magnitude and that may not successfully open on lesser overcurrents regardless of time. Such a device should always be used in series with a fuse, contactor, or circuit breaker to protect against overloads and low-level short circuits. Current limiters are typically added to molded-case circuit breakers, power circuit breakers, or instantaneous circuit protectors. (IA/PSP) 242-1986r

**current limiting, automatic** *See*: automatic current limiting.

**current-limiting characteristic curve** (of a current-limiting fuse) A curve showing the relationship between the maximum peak current passed by a fuse and the correlated root-mean-square available current magnitudes under specified voltage and circuit impedance conditions. *Synonym*: peak let-

Case 6:19-cv-00236-ADA   Document 67-3   Filed 03/13/20   Page 6 of 6

**voice processing** Information processing in which the human voice is the data input. *See also:* office automation.
(C) 610.2-1987

**void volume ratio** The volume of the void spaces between stones divided by the total volume occupied by the stones in a stone-filled collecting pit.
(SUB/PE) 980-1994

**volatile (electronic data processing)** Pertaining to a storage device in which data cannot be retained without continuous power dissipation, for example, an acoustic delay line. *Note:* Storage devices or systems employing nonvolatile media may or may not retain data in the event of planned or or accidental power removal.
(C/MIL) 162-1963w, [2]

**volatile flammable liquid** A flammable liquid having a flash point below 38°C (100°F) or whose temperature is above its flash point.
(NESC/NEC) [86]

**volatile storage** A type of storage in which information cannot be retained without continuous power application. *Contrast:* nonvolatile storage.
(C) 610.10-1994w

**volcas** A voice-operated device that switches loss out of the transmitting branch and inserts loss in the receiving branch under control of the subscriber's speech. The name is derived from the initial letters of the expression voice-operated loss control and suppressor. *See also:* voice-frequency telephony.
(EEC/PE) [119]

**volt (metric practice)** (unit of electric potential difference and electromotive force) The difference of electric potential between two points of a conductor carrying a constant current of one ampere, when the power dissipated between these points is equal to one watt.
(QUL) 268-1982s

**volta effect** *See:* contact potential.

**voltage (1) (electromotive force)** (general) (along a specified path in an electric field). The dot product line integral of the electric field strength along this path. *Notes:* 1. Voltage is a scalar and therefore has no spatial direction. 2. As here defined, voltage is synonymous with potential difference only in an electrostatic field. 3. In cases in which the choice of the specified path may make a significant difference, the path is taken in an equiphase surface unless otherwise noted. 4. It is often convenient to use an adjective with voltage, for example, phase voltage, electrode voltage, line voltage, etc. The basic definition of voltage applies and the meaning of adjectives should be understood or defined in each particular case. *See also:* reference voltage.
(Std100) 270-1966w

**(2) (A) (voltage of circuit not effectively grounded)** The highest nominal voltage available between any two conductors of the circuit. *Note:* If one circuit is directly connected to and supplied from another circuit of higher voltage (as in the case of an autotransformer), both are considered to be of the higher voltage, unless the circuit of the lower voltage is effectively grounded, in which case its voltage is not determined by the circuit of the higher voltage. Direct connection implies electric connection as distinguished from connection merely through electromagnetic or electrostatic induction. **(B) (voltage of a constant current circuit)** The highest normal full-load voltage of the current. **(C) (voltage of an effectively grounded circuit)** The highest nominal voltage available between any conductor of the circuit and ground unless otherwise indicated. **(D) The effective (rms) potential difference between any two conductors or between a conductor and ground.** Voltages are expressed in nominal values unless otherwise indicated. The nominal voltage of a system or circuit is the value assigned to a system or circuit of a given voltage class for the purpose of convenient designation. The operating voltage of the system may vary above or below this value.
(NESC) C2-1997

**(3) (surge arresters) (electromotive force)** The voltage between a part of an electric installation connected to a grounding system and points on the ground at an adequate distance (theoretically at an infinite distance) from any earth electrodes.
(PE) [8], [84]

**(4) (of a circuit)** The greatest root-mean-square (effective) difference of potential between any two conductors of the circuit concerned. Some systems, such as 3-phase 4-wire, single-phase 3-wire, and 3-wire direct-current may have various circuits of various voltages.
(NESC/NEC) [86]

**voltage amplification (1)** An increase in signal voltage magnitude in transmission from one point to another or the process thereof. *See also:* amplifier.
(Std100) 270-1966w

**(2) (transducer)** The scalar ratio of the signal output voltage to the signal input voltage. Warning: By incorrect extension of the term decibel, this ratio is sometimes expressed in decibels by multiplying its common logarithm by 20. It may be correctly expressed in decilogs. *Note:* If the input and/or output power consist of more than one component, such as multifrequency signal or noise, then the particular components used and their weighting must be specified. *See also:* transducer.
(Std100) 270-1966w

**(3) (magnetic amplifier)** The ratio of differential output voltage to differential control voltage.
(MAG) 107-1964w

**voltage and power directional relay (power system device function numbers)** A relay that permits or causes the connection of two circuits when the voltage difference between them exceeds a given value in a predetermined direction and causes these two circuits to be disconnected from each other when the power flowing between them exceeds a given value in the opposite direction.
(SUB/PE) C37.2-1979s

**voltage attenuation (1) (data transmission)** An adjustable device for reducing the amplitude of a wave without introducing distortion. An adjustable passive network that reduces the power level of a signal without introducing appreciable distortion.
(PE) 599-1985w

**(2) (analog computer)** A device for reducing the amplitude of a signal without introducing appreciable distortion.
(C) 165-1977w

**voltage at the instant of chopping** The voltage at the instant of the initial discontinuity.
(PE/PSIM) 4-1995

**voltage balance relay** A balance relay that operates by comparing the magnitudes of two voltage inputs.
(SWG/PE) C37.100-1992

**voltage buildup (rotating machinery)** The inherent establishment of the excitation current and induced voltage of a generator.
(PE) [9]

**voltage circuit (1) (A) (ac high-voltage circuit breakers)** That part of the synthetic test circuit from which the major part of the test voltage is obtained. **(B)** An input circuit to which is applied a voltage or a current that is a measure of primary voltage.
(PE/PSIM) C37.081-1981

**(2) (instrument)** That combination of conductors and windings of the instrument to which is applied the voltage of the circuit in which a given electrical quantity is to be measured, or a definite fraction of that voltage, or a voltage or current dependent upon it. *See also:* moving element; instrument; watthour meter.
(EEC/AII) [102]

**(3)** That part of the synthetic test circuit from which the major part of the test voltage is obtained.
(SWG/PE) C37.083-1999

**voltage clamp (converter circuit elements) (self-commutated converters)** A clamp that limits the peak voltage across a semiconductor device.
(IA/SPC) 936-1987w

**voltage clamping ratio (low voltage varistor surge arresters)** A figure of merit measure of the varistor voltage clamping effectiveness as determined by the ratio of clamping voltage to rated root-mean-square (rms) voltage, or by the ratio of clamping voltage to rated direct-current (dc) voltage.
(PE) [8]

**voltage class** *See:* medium-voltage power cable; control cable; low-level analog signal cable; low-level digital signal circuit cable; low-voltage power cable(s).

**voltage classes** Voltage classes are as shown in the corresponding figure.

### voltage classes

[Preferred nominal voltages as shown without parentheses ().
1. Voltage class designations applicable to industrial and commercial power systems, adapted by IEEE Standards Board (LB 100A-April 23, 1975).
2. Typical nominal system voltage.
3. A comprehensive list of minimum and maximum voltage ranges is given in ANSI C84.1-1977.]

#### VOLTAGE CLASSES
#### NOMINAL SYSTEM VOLTAGE

| | TWO WIRE | THREE WIRE | FOUR WIRE | MAXIMUM VOLTAGE[3] |
|---|---|---|---|---|
| | | Single-Phase Systems | | 127 |
| LOW VOLTAGE SYSTEMS | (120) | 120/240 | | 127/254 |
| | | Three-Phase Systems | | |
| | | (240) | 208Y/120 | 220Y/127 |
| | | 480 | 240/120 | 245/127 |
| | | (600) | 480Y/277 | 508Y/293 |
| | | | | 635 |
| | | no voltage class stated | | |
| MEDIUM VOLTAGE ANSI C84.1-1977 | | (2400) | | 2540 |
| | | 4160 | 4160Y/2400 | 4400Y/2540 |
| | | (4800) | | 5080 |
| | | (6900) | | 7260 |
| | | 13800 | (8320Y/4800) | 8800Y/5080 |
| | | | (12000Y/6930) | 12700Y/7330 |
| | | | 12470Y/7200 | 13200Y/7610 |
| | | | 13200Y/7620 | 13970Y/8070 |
| | | | (13800Y/7970) | 14520Y/8380 |
| | | | (20780Y/12000) | 22000Y/12700 |
| | | | (22860Y/13200) | 24200Y/13970 |
| | | (23000) | 24940Y/14400 | 24340 |
| HIGH VOLTAGE | | (34500) | 34500/19920 | 26400Y/15240 |
| | | | | 36510Y/21080 |
| | | (46 kV) | | 48.3 kV |
| | | 69 kV | | 72.5 kV |
| HIGHER VOLTAGE SYSTEMS ANSI C84.1-1977 | | 115 kV | | 121 kV |
| | | 138 kV | | 145 kV |
| | | (161 kV) | | 169 kV |
| | | 230 kV | | 242 kV |
| ANSI C92.2-1978 | EHV | 345 kV[2] | | 362 kV |
| | EHV | 500 kV[2] | | 550 kV |
| | EHV | 765 kV[2] | | 800 kV |
| | | 1100kV[2] | | 1200 kV |

**voltage class, rated nominal** *See:* rated nominal voltage class.

**voltage coefficient of capacitance (nonlinear capacitor)** The derivative with respect to voltage of a capacitance characteristic, such as a differential capacitance characteristic or a reversible capacitance characteristic, at a point, divided by the capacitance at that point. *See also:* nonlinear capacitor.
(ED) [46]

**voltage, common-mode** *See:* common-mode voltage.

**voltage-controlled oscillator (VCO)** An oscillator whose frequency is a function of the voltage of a control signal.
(AES) 686-1997

**voltage corrector (power supplies)** An active source of regulated power placed in series with an unregulated supply to sense changes in the output voltage (or current); also to correct for the changes by automatically varying its own output in the opposite direction, thereby maintaining the total output voltage (or current) constant. (See the corresponding figure.)



Circuit used to sense output voltage changes.

### voltage corrector
(AES/PE) [41], [78]

**voltage/current (V/I) characteristic** The relationship between the steady-state current of the static var compensator (SVC) and the voltage at its point of connection.
(PE/SUB) 1031-2000

**voltage deviation (A) (self-commutated converters) (converters having ac output) (transient)** The instantaneous difference between the actual instantaneous voltage and the corresponding value of the previously undisturbed wave form. *Note:* Voltage deviation amplitude is expressed in percent or per unit referred to the peak value of the previously undisturbed voltage. **(B) (electromagnetic site survey)** The ratio of the root-mean-squared envelope voltage to the average envelope of a signal expressed in decibels.
(IA/EMC/SPC) 936-1987, 473-1985

**voltage dip** *See:* sag.

**voltage directional relay (power system device function numbers)** A relay that operates when the voltage across an open circuit breaker or contactor exceeds a given value in a given direction.
(SUB/PE) C37.2-1979s

**voltage distortion** Any deviation from the nominal sine wave form of the ac line voltage.
(IA/T&D/PE/PSE) 1100-1999, 1250-1995

**voltage divider** A network consisting of impedance elements connected in series, to which a voltage is applied, and from which one or more voltages can be obtained across any portion of the network. *Notes:* 1. Dividers may have parasitic impedances affecting the response. These impedances are, in general, the series inductance and the capacitance to ground and to neighboring structures at ground or at other potentials. 2. An adjustable voltage divider of the resistance type is frequently referred to as a potentiometer.
(PE/PSIM/EM) 4-1978s, 43-1974s, [55]

**voltage doubler** A voltage multiplier that separately rectifies each half cycle of the applied alternating voltage and adds the two rectified voltages to produce a direct voltage whose amplitude is approximately twice the peak amplitude of the applied alternating voltage. *See also:* rectifier.
(EEC/PE) [119]

**voltage drop (1)** The difference between the voltages at the two terminals of a passive impedance.
(PE) [9]

**(2) (supply system)** The difference between the voltages at the transmitting and receiving ends of a feeder, main, or service. *Note:* With alternating current, the voltages are not necessarily in phase and hence the voltage drop is not necessarily equal to the algebraic sum of the voltage drops along the several conductors. *See also:* alternating-current distribution.
(T&D/PE) [10]

**voltage efficiency (specified electrochemical process)** The ratio of the equilibrium reaction potential to the bath voltage.
(EEC/PE) [119]

**voltage endurance (1) (rotating machinery)** A characteristic of an insulation system, obtained by plotting voltage against time to failure, for a number of samples tested to destruction at each of several sustained voltages. Constant conditions of frequency, waveform, temperature, mechanical restraint, and ambient atmosphere are required. Ordinate scales of arithmetical or logarithmic voltage, and abscissa scales of multicycle logarithmic time, normally give approximately linear characteristics. *See also:* asynchronous machine.
(PE) [9]

LGDSOLAS_0016059