# EXHIBIT 3

LATHAM & WATKINS
NY LIBRARY

# HARGRAVE'S COMMUNICATIONS DICTIONARY

**Frank Hargrave**


FEB - 9 2005
RECEIVED

**IEEE PRESS**

The Institute of Electrical and Electronics Engineers, Inc., New York

IEEE Press
445 Hoes Lane, P.O. Box 1331
Piscataway, NJ 08855-1331

**IEEE Press Editorial Board**
Robert J. Herrick, *Editor in Chief*

| | | |
|---|---|---|
| M. Akay | M. Eden | M. S. Newman |
| J. B. Anderson | M. E. El-Hawary | M. Padgett |
| P. M. Anderson | R. F. Hoyt | W. D. Reeve |
| J. E. Brewer | S. V. Kartalopoulos | G. Zobrist |
| | D. Kirk | |

Kenneth Moore, *Director of IEEE Press*
Catherine Faduska, *Senior Acquisitions Editor*
Linda Matarazzo, *Associate Acquisitions Editor*
Marilyn G. Catis, *Marketing Manager*
Anthony VenGraitis, *Project Editor*

Cover design: Laura Ierardi, *LCI Design*

**Technical Reviewers**

Dr. Salah Aidarous, *NEC America, Irving, TX*
Prof. John B. Anderson, *University of Lund, Sweden*
Prof. Marcello Rodrigues de Campos, *Universidade Federal do Rio de Janeiro, Brazil*
Dr. Bhumip Khasnabish, *GTE Labs, Inc., Waltham, MA*
Prof. Thomas Robertazzi, *State University of New York at Stony Brook*
Dr. Curtis Siller, *Lucent Technologies, Bell Laboratories, North Andover, MA*

**Books of Related Interest from IEEE Press**

*The Mobile Communications Handbook*, Second Edition
Jerry D. Gibson, Editor in Chief
A CRC Handbook published in cooperation with IEEE Press
1999    Hardcover    726 pp    IEEE Order No. PC5772    ISBN 0-7803-4726-9

*Technically Speaking: A Guide for Communicating Complex Information*
Jan D'Arcy
A Batelle Publishers book published in cooperation with IEEE Press
1999    Softcover    280 pp    IEEE Order No. PP5401    ISBN 0-7803-5367-6

*Procedure Writing: Principles and Practices*, Second Edition
Douglas Wieringa, Christopher Moore, and Valerie Barnes
A Batelle Publishers book published in cooperation with IEEE Press
1999    Softcover    256 pp    IEEE Order No. PP5402    ISBN 0-7803-5368-4

*The Electrical Engineering Handbook*, Second Edition
Richard C. Dorf, Editor in Chief
A CRC Handbook published in cooperation with IEEE Press
1998    Hardcover    2,696 pp    IEEE Order No. PC5724    ISBN 0-7803-3467-1

This book and other books may be purchased at a discount from the publisher when ordered in bulk quantities. Contact:

IEEE Press Marketing
Attn: Special Sales
445 Hoes Lane
P.O. Box 1331
Piscataway, NJ 08855-1331
Fax: +1 732 981 9334

For more information about IEEE Press products, visit the IEEE Online Store & Catalog: http://www.ieee.org/store.

I would like to dedicate this book to a number of people. First to my wife, Penny, and to my parents; and also to all those who took the time to share their knowledge with me.

© 2001 by the Institute of Electrical and Electronics Engineers, Inc.
3 Park Avenue, 17th Floor, New York, NY 10016-5997.

All rights reserved. No part of this book may be reproduced in any form, nor may it be stored in a retrieval system or transmitted in any form, without written permission from the publisher.

Printed in the United States of America.

10   9   8   7   6   5   4   3   2   1

ISBN 0-7803-6020-6
IEEE Order No. PC5869

Library of Congress Cataloging-in-Publication Data

Hargrave, Frank.
   Hargrave's communications dictionary.
   / Frank Hargrave.
       p.   cm.
   Includes index.
   ISBN 0-7803-6020-6
   1. Telecommunication—Dictionaries.   I. Title.
TK5102.H37 2000
621.382'03—dc21                                                    00-061416

## crystal oscillator (XO)

- *Oven-controlled crystal oscillator (OCXO)*—placement of the piezoelectric electric element in a constant temperature oven to prevent frequency changes due to environmental temperature changes.
- *Temperature-compensated voltage-controlled crystal oscillator (TCVCXO)*—an oscillator whose frequency is precisely controlled by both temperature control and compensation.
- *Voltage-controlled crystal oscillator (VCXO)*—a piezoelectric-controlled oscillator in which small frequency adjustments may be achieved by applying an input control voltage.
- *Oven-controlled voltage-controlled crystal oscillator (OCVCXO)*—a crystal oscillator in which temperature control is used to stabilize the frequency over environmental temperature changes, but the precise frequency can be set by an externally applied control voltage.
- *Microcomputer-compensated crystal oscillator (MCXO)*—a piezoelectric oscillator in which deviations from a desired frequency are minimized by a computer whose control output is algorithmically related to the oscillator's open-loop characteristics and sense inputs.

**CS** (1) An abbreviation of Circuit Switched. (2) An abbreviation of Convergence Sublayer. In ATM, where header and trailer information is added; before segmentation. (3) An abbreviation of Coordinated Single-Layer. (4) An abbreviation from Carrier System.

**CS-MUX** An acronym from Circuit Switched MUltipleX.

**CSA** (1) An abbreviation of the Canadian Standards Association. The Canadian national standards-setting and certification agency (equivalent to the Underwriters Laboratories). (2) An abbreviation of Carrier Service Area. The region defined by the local loop length out of a central office (CO) or remote terminal.

**CSA T-528** The Canadian equivalent of the EIA-606 standard.

**CSA T-529** The Canadian equivalent of the EIA-568 standard.

**CSA T-530** The Canadian equivalent of the EIA-569 standard.

**CSBS** An abbreviation of China State Bureau for Standardization. The Chinese national standards-setting agency. See also *CCEE*.

**CSC** (1) An abbreviation of Circuit Switched Channel (or Connection). (2) An abbreviation of Circuit Switched Cellular. (3) An abbreviation of Common Signaling Channel.

**CSDC** An abbreviation of Circuit Switched Digital Capability.

**CSDN** An abbreviation of Circuit Switched Digital Network.

**CSE** An abbreviation of Coordinated Single-Layer Embedded.

**CSELT** An acronym of Centro Studi E Laboratori Telecomunicazioni (Telecommunications Study Center and Laboratory).

**CSFS** An abbreviation of Cable Signal Fault Signature. The unique signal reflected back from a transmission line when using time domain reflectometry (TDR) to test the soundness of the line.

**CSID** An abbreviation of Calling Station IDentifier.

**CSLIP** An acronym from Compressed Serial Line Internet Protocol. Like SLIP, a protocol that can provide a serial modem connection to a network; however, it is faster than SLIP.

**CSM** An abbreviation of Combined Symbol Matching.

**CSMA** (1) An abbreviation of Common Spectrum Multiple Access. (2) An abbreviation of Carrier Sense Multiple Access. A local area network medium access technique in which multiple stations connected to the same channel are able to sense the transmission activity of other nodes on that channel and to defer transmission while the channel is active. Also called *collision sense multiple access*.

**CSMA/CA** An abbreviation of Carrier Sense Multiple Access with Collision Avoidance. A network protocol for addressing the problem of two or more nodes attempting to access the LAN at the same time. With *CSMA/CA*, a node wishing to send information first monitors the line for a activity; if none is heard, it sends a request to send (*RTS*) to the designated receiving station. If the sending node receives the receiving station clear to send (*CTS*) message within a pre-defined time period, transmission begins. If no *CTS* is received, the sending node assumes there is a collision and waits to try later (called the *deferral time*).

In Apple's LocalTalk network architecture, the minimum interframe gap (IFG)—the time between successive frames (such as RTS and CTS or between CTS and data transmission)—is 200 μs.

**CSMA/CD** An abbreviation of Carrier Sense Multiple Access with Collision Detection. A network protocol, defined by IEEE 802.3, for addressing the problem of two or more nodes attempting to access a LAN at the same time.

- *CS—Carrier sense* means that any node wishing to transmit, monitors the LAN first. If the LAN is idle, the node proceeds with transmission. If the LAN is busy (that is, a carrier is detected), the node waits at least 9.6 μs (the minimum interpacket gap time) after the LAN is idle before transmitting. (The delay is called the *deferral time*.)
- *MA—Multiple access* means that any node with pending traffic may gain admittance to the LAN essentially through autonomous behavior. No central station or master node is needed to decide which node is able to transmit and when.
- *CD—Collision detection* means that the circumstance of two or more nodes attempting to access an idle network at the same time (collision) is detectable and that an appropriate retry procedure is instituted.

In the event of a collision, any node detecting the collision will continue to transmit for a fixed time in order to ensure that all other interfering nodes also detect the collision (a process known as *jamming*). After jamming, the node stops transmitting and waits a random period of time before retrying. In an attempt to reduce traffic offerings, the magnitude of the maximum random delay time is increased each time a consecutive collision is detected. The load-shedding algorithm is called the *truncated binary exponential backoff algorithm* (*binary exponential backoff* or *backoff algorithm*). The maximum random delay value is given by: $Max = (2^n - 1) \cdot 51.2$ μs, where $n$ is the number of consecutive collisions detected. The table on page 131 lists the maximum value for the random delay at a node detecting consecutive collisions. After 16 consecutive collisions are detected, an error is reported. Collision detection is generally accomplished by analog signal level detection at each transceiver. Each transmitter, when active, applies a meaningful signal of approximately 2 V peak to peak onto the transmission line. When a signal greater than approximately 2.2 V is detected, a collision is assumed to have occurred. Because impedance discontinuities (and therefore reflections) are minimized at each node, a signal greater than 2 V must be due to the sum of two (or more) transmitters sending at the same time; hence, collision. See also *Aloha network*.

**CSN** An abbreviation of Carrier Service Node.

---

## CSN

### BINARY EXPONENTIAL BACKOFF ALGORITHM VALUES

| Number of Collisions Detected | Maximum Random Delay (μs) | Comments |
|---|---|---|
| 0 | 9.6 | Interpacket gap delay |
| 1 | 51.2 | 1×51.2 |
| 2 | 153.6 | 3×51.2 |
| 3 | 358.4 | 7×51.2 |
| 4 | 768.0 | 15×51.2 |
| 5 | 1587.2 | 31×51.2 |
| 6 | 3225.6 | 63×51.2 |
| 7 | 6502.4 | 127×51.2 |
| 8 | 13056.0 | 255×51.2 |
| 9 | 26163.2 | 511×51.2 |
| 10 | 52377.6 | 1023×51.2 |
| 11 | 52377.6 | |
| 12 | 52377.6 | |
| 13 | 52377.6 | |
| 14 | 52377.6 | |
| 15 | 52377.6 | |
| 16 | 52377.6 | Error is reported on 17 |

**CSNET** The acronym from Computer + Science NETwork. Merged with BITnet to form *CREN*.

**CSP** An abbreviation of Control Switching Point.

**CSPDN** An abbreviation of Circuit Switched Public Data Network.

**CSR** An abbreviation of Control (or Command) and Status Register.

**CSTA** An abbreviation of Computer Supported Telecommunications Application.

**CSU** (1) An abbreviation of Channel Service Unit. (2) An abbreviation of Central Switching Unit. (3) An abbreviation of Circuit Switching Unit. (4) An abbreviation of Customer Service Unit.

**CSUnet** An acronym from California State University Network. A network originally conceived to interconnect the campuses of the California state universities. It now is expanded to include Internet connectivity to all schools, community colleges, and libraries.

**CT1** The "first generation" analog Cordless Telephone standard used in Europe (noncellular).

**CT2** An abbreviation of Cordless Telephone 2nd generation. An interim ETSI cordless telephone standard using the 864-868 MHz band and FDMA/TDD modulation. Superseded by *DECT*. See also *DECT* and *IEEE 802.11*.

**CT3** Ericsson's proprietary cordless telecommunications system.

**CTAK** An acronym from Cipher Text Auto Key.

**CTD** An abbreviation of Cumulative Transit Delay.

**CTERM** An acronym from Command TERMinal Protocol. Digital Equipment Corp's (DEC's) command terminal protocol that provides terminal sessions over DECnet.

**CTI** An abbreviation of Computer Telephony Integration.

**CTIA** (1) An abbreviation of the Cellular Telecommunications Industry Association. (2) An abbreviation sometimes used for the Computer Technology Industry Association (formerly the Microcomputer Industry Association).

**CTIP** An acronym from Commission on Computing, Telecommunications, and Information Policies.

**CTL** An abbreviation of control. Sometimes abbreviated CTRL. Generally shown as <CTL> (or <CTRL>) indicating a single key.

**CTNE** An abbreviation of Compañia Telecomunicion Nacional de España (National Telephone Company of Spain).[1]

**CTR** An abbreviation of Common Technical Requirements.

**CTRG** An abbreviation of Collaboration Technology Research Group.

**CTS** (1) An abbreviation of Clear To Send (RS-232 signal CB, RS-449 signal CS, and ITU-T signal 108). It is a signal generated by the DCE to the DTE indicating that the DCE is ready to receive data from the DTE. (2) An abbreviation of Communications Technology Satellite. (3) An abbreviation of Conformance Testing Service.

**CTX** (1) An abbreviation of CenTreX®. (2) An abbreviation of Clear to transmit (TX).

**CU** Shorthand for See You.

**CUA** (1) An abbreviation of Common User Access. In IBM's SAA environment, specifications for user interfaces that are intended to provide a consistent look across applications and platforms. That is, it sets guidelines for the appearance and actions of menu and dialog boxes, buttons, and help windows in a GUI environment. (2) An abbreviation of Commonly Used Acronyms.

**CUI** An abbreviation of Common User Interface.

**CUL** Shorthand for See You Later.

**current** The amount of charge (electrons) flowing past a point in a conductor per second. Current is measured in units of *amperes* (abbreviated a, A, or amp). 1 A of current is the flow of 1 *coulomb* of charge past a given point in a conductor in 1 second.

**current loop** A serial baseband transmission technique in which current rather than voltage is used to carry information. Currents in the order of a few milliamps to tens of milliamps are typically used in the loop. Current loop signaling is traditionally used in teletypewriter communications, a current flow indicating a marking condition (logical one) and no current indicating a spacing condition (logical zero).

**curvature loss** A synonym for *macrobend loss*.

**curve fitting compaction** A data compaction technique in which an analytical expression is substituted for data to be stored or transmitted.

Examples of *curve-fitting compaction* include:

- The breaking up of a continuous function or curve into a series of straight-line segments, each approximating the arbitrary curve between its end points. The compacted information consists of each line segment's slope, intercept, and range.
- Use of a mathematical expression, such as a polynomial or a trigonometric function, and a single point on the corresponding curve instead of storing or transmitting the entire graphic curve or a series of points on it.
- The use of an expression (representing an a priori mathematical equation or procedure) and critical parameters to define the corresponding curve instead of storing or transmitting the entire graphic curve or a series of points on it. For example, a circle might be represented as $n, x, y, t, f$ where $n$ is the number of the mathematical expression, $x, y$ represents the center, $r$ is the radius, and $f$ indicates the figure fill type (solid empty cross-hatch, etc.)

LGDSOLAS_0016051


**voice grade channel** A communications channel suitable for carrying speech but not necessarily good enough for high-speed data communications. *Voice grade* telephone lines have a usable bandwidth of only 3100 Hz, sufficient for only 2400- to 3000-baud transmissions. Because of the quantizing noise introduced by the analog-to-digital conversion in the coder-decoder (CODEC), multibit encoding techniques can increase the throughput to 33 600 bps in ITU-T V.34 modems, with only somewhat higher capabilities in the future. ITU-T V.90 modems can operate to 56 kbps in the downstream direction because they avoid the analog-to-digital conversion process in one direction. Also called a *voice grade line*. See also *Shannon limit* and *V.90*.

**voice mail** A system for recording, storing, retrieving, and delivering voice messages. It may be either a stand-alone device or integrated, to some extent, with a user's phone system. If the phone rings for a specified number of rings, it can default to a mailbox which delivers its prerecorded invitation to leave a message and record the results. Messages can be delivered at a prearranged time, tagged and edited.

Stand-alone *voice mail* is similar to a collection of answering machines but has added features such as call forwarding. Integrated systems may indicate messages waiting via a light on a user's phone and/or an alphanumeric display.

**voice-operated switch (VOX)** A switching device that monitors the signal level on a transmitter's input. When the level exceeds a specified threshold, the transmitter is turned on and the receiver is turned off. When the level falls below that threshold, the transmitter is turned off. Also called *voice-operated transmit*.

**voice over data (VOD)** A method of sending voice and data simultaneously over a single telephone line.

**voice PABX** A private automatic branch exchange (PABX) for voice only circuits, e.g., a telephone exchange.

**voice plus circuit** A circuit carrying both voice and other services. Also called a *composited circuit*.

**voice recognition** See *speech recognition*.

**VoIP** An abbreviation of Voice Over Internet Protocol (IP).

**VOIS** An abbreviation of Voice Operated Information System.

**VOL** An abbreviation of VOLume.

**volatile memory** Memory that loses data when power is removed. Both dynamic random access memory—RAM (DRAM) and static RAM (SRAM) memories will lose data when power is removed. See also *nonvolatile memory*.

**volatile storage** A term that refers to any storage device (memory) in which the contents are lost when electrical power is removed.

**volcas** An acronym for Voice Operated Loss Control And Suppressor. A voice-operated system that prevents a two-way voice circuit from singing (oscillating) by attenuating one of the transmission directions at all times. The active direction is unimpeded, while the quiet path is attenuated.

**volt (V)** The unit of voltage, electromagnetic force, or potential difference.

One *volt* is defined as the potential difference across which 1 coulomb of charge will do 1 joule of work. Ohm's law relates voltage, current, and resistance with the statement, "One *volt* of potential difference is generated when one ampere of current flows through a resistance of one Ohm," or mathematically,

$$V = I \cdot R$$

where
$V$   is the voltage,
$I$   is the current, and
$R$   is the resistance.

The SI symbol for the *volt* is V.

**volt-ampere (VA)** The unit of apparent power in the SI system. It is the product of the root-mean-square (RMS) voltage, the RMS current, and the cosine of the angle between them. Frequently abbreviated *voltamp*.

**volt amperes reactive (vars)** In alternating-current (ac) power transmission and distribution, the product of the root-mean-square (RMS) voltage and amperage (i.e., the *apparent power*), multiplied by the sine of the phase angle between the voltage and the current.

*Var* is properly expressed only in volt-amperes (VA)—not watts (W). (Only *effective power*, i.e., the actual power delivered to or consumed by the load, is expressed in watts.) *Vars* represents the power *not* consumed by a reactive load. To maximize transmission efficiency, therefore, *vars* must be minimized. This is accomplished by balancing capacitive and inductive loads, or by adding an appropriate capacitive or inductive reactance elements to compensate for reactive loads.

**voltage** The amount of energy available to move a certain number of electrons from one point to another in an electrical circuit. Also called *electromotive force (EMF)*.

**voltage breakdown impulse ratio** The ratio of the impulse voltage breakdown ($V_{IBD}$) of an entity to the dc breakdown voltage ($V_{DCBD}$), that is,

$$\delta_{RATIO} = \frac{V_{IBD}}{V_{DCBD}}$$

Note that this ratio is never less than unity.

**voltage-controlled oscillator (VCO)** Any oscillator in which the output frequency can be set by a control signal (voltage). Neither amplitude nor waveshape of the oscillator output is intentionally changed by the control signal. See also *oscillator*.

**voltage delay** In electrochemical cells, a time delay between the application of a load to a battery source and the full operating voltage. The delay is dependent on the percentage of the battery capacity the load requires, the ambient temperature, and the cell chemistry.

**voltage depression** In electrochemical cells, an abnormal drop in terminal voltage, i.e., below the expected values during the discharge of a battery.

**voltage keyed** A term that refers to a system which incorporates a mechanical identifier on battery packs and devices to ensure only batteries of the correct voltage and polarity are connected to the device.

**voltage reversal** In electrochemical cells, a changing of the normal polarity of one or more cells due to overdischarge of the battery.

**voltage standing wave ratio (VSWR)** See *standing wave ratio*.

**volume** (1) A term that refers to the magnitude of an audible signal, i.e., signal level. (2) In computer hierarchical file structures, the highest level in a file computer's directory and file structure. (3) A portion of data, with its physical storage medium, that can be handled conveniently as a unit. Examples include a "floppy" diskette or a magnetic tape.

**volume limiter** A device that automatically limits the signal level in a circuit or portion of a circuit. The device may be hard limiting (clipping) or soft limiting (compression). See also *clipping* and *commander*.

**volume unit (vu)** A quantitative measure of audio signal level (volume) in an electric circuit. The *volume unit* is numerically equal to the ratio of the signal to a reference volume expressed in decibels (dB). For sine waves, 0 vu is equal to 0 dBm; however, the term *vu* should not be used to express the results of measurements of a complex waveform made with a device whose characteristics differ from those of a standard volume indicator.

A *vu meter* is built and used in accordance with American National Standard C16.5-1942.

**VOP** An abbreviation of Velocity Of Propagation.

**VOTS** An abbreviation of VAX QSI Transport Service.

**VOM** (1) An abbreviation of Volt-Ohm-Milliampmeter. A device for measuring circuit voltages, resistances, or current. (2) An abbreviation of Volt-Ohm-Meter.

$V_{out}$ A symbol for output voltage.

**VOX** An acronym for Voice Operated Switch (X) or Voice Operated transmit (Xmit).

**VP** An abbreviation of Virtual Path.

**VPC** An abbreviation of Virtual Path Connection.

**VPI** An abbreviation of Virtual Path Identifier. See *ATM*.

**VPL** Generally, an abbreviation of Virtual Path Link.

**VPN** (1) An abbreviation of Virtual Private Network. (2) Sometimes an abbreviation from Virtual Public Network.

**VPX** An abbreviation of Virtual Path Cross connect.

**VQC** An abbreviation of Vector Quantizing Code. A voice compression technique that reduces speech transmission rates to 16 or 32 kbps.

**VQL** An abbreviation of Variable Quantizing Level. A voice-encoding method.

**VR** (1) An abbreviation of Virtual Route. (2) An abbreviation of Voltage Regulator.

**VRAM** An acronym for Video RAM. Basically, *VRAM* is normal RAM but is optimized for video applications. *VRAM* is generally dual ported, which enables the central processing unit (CPU) to load information into memory via the parallel port while the video controller is reading information via the serial port. Increasing *VRAM* size in a graphics interface card increases the number of colors possible and/or the number of pixels that can be displayed.

**VRC** An abbreviation of Vertical Redundancy Check.

**VRML** An abbreviation of Virtual Reality Modeling Language.

**VRTP** An abbreviation of VINES RouTing update Protocol.

**VRU** An abbreviation of Voice Response Unit.

**VRUP** An abbreviation of VINES Routing Update Protocol.

**VS** An abbreviation of Virtual Storage.

**VSAM** An acronym for Virtual index Sequential Access Method.

**VSAT** An acronym for Very Small Aperature Terminal. A very small-diameter satellite receiving antenna made possible by increasing the *effective isotropic radiated power (EIRP)* of the satellite transmitter.

**VSB** An abbreviation of Vestigial SideBand.

**VSE** An abbreviation of Virtual Storage Extended.

**VSF** An abbreviation of Voice Store and Forward.

**VSIA** An abbreviation of Virtual Socket Interface Alliance.

**VSM** An abbreviation for Vestigial Sideband Modulation.

**VSPC** An abbreviation of Visual Storage Personal Computing.

**VSPP** An abbreviation of VINES Sequenced Packet Protocol.

**VSWR** An abbreviation of Voltage Standing Wave Ratio. See also *standing wave ratio*.

**VSX** An abbreviation of X/open Verification Suite.

**VT** (1) An abbreviation of Vertical Tab. (2) An abbreviation of Virtual Terminal. (3) An abbreviation of Virtual Tribuary. A logical channel composed of a sequence of cells.

**VT-100** A terminal designed by Digital Equipment Corporation (DEC) for its mainframe computers. Although the terminal itself has become obsolete, the protocol is now one of the major terminal standards that most modem communications programs emulate. Other terminals in the series include VT-54 and VT-102.

**VTAM** An acronym for Virtual Telecommunication Access Method. IBM's Systems Network Architecture (SNA) protocol and host communications program. The virtual access method for 3270 systems.

**VTE** An abbreviation of Virtual Tributary Envelope. The real payload plus any path overhead within a virtual tributary (VT) channel.

**VTNS** An abbreviation of Virtual Telecommunications Network Services.

**VTOC** An acronym for Volume Table Of Contents.

**VTP** An abbreviation of Virtual Terminal Protocol.

**VTS** An abbreviation of Virtual Terminal Service.

**VTU** An abbreviation of Video Teleconferencing Unit.

**vu** An abbreviation of Volume Unit.

**VxD** An abbreviation of Virtual Device Driver.