# EXHIBIT 4



Designed for Microsoft Windows NT Windows 95

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*

**Over 2,300 New Terms** With Online Updates Available Quarterly

# Microsoft Press
# Computer Dictionary
## Third Edition



- Over 7,600 terms and definitions
- 345 illustrations and diagrams
- Extensive Internet and Web coverage
- Featured in Microsoft® Bookshelf® 97

**Microsoft** *Press*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow,
                    Kurt Meyer, Robert Lyon, Roslyn Lutsch

le. To
elec-
more
deter-
creen.
esolu-

sphor
yer

part of
leo sig-
nchro-

on. See

Involv-
kept in
mpera-

The
mation
n tech-

use of
recip-
he per-
he key
ent and
hy is a
(defini-
ic key.
or geo-
lress is

**C shell** \C´shel\ *n*. One of the command-line interfaces available under UNIX. The C shell is very usable but is not on every system. *Compare* Bourne shell, Korn shell.

**CSLIP** \C´slip, C`S-L-I-P´\ *n*. *See* Compressed SLIP.

**CSMA/CD** \C`S-M-A`C-D´\ *n*. Acronym for **C**arrier **S**ense **M**ultiple **A**ccess with **C**ollision **D**etection. A network protocol for handling situations in which two or more nodes (stations) transmit at the same time, thus causing a collision. With CSMA/CD, each node on the network monitors the line and transmits when it senses that the line is not busy. If a collision occurs because another node is using the same opportunity to transmit, both nodes stop transmitting. To avoid another collision, both then wait for differing random amounts of time before attempting to transmit again. *Compare* token passing.

**CSO** \C`S-O´\ *n*. Acronym for **C**omputing **S**ervices **O**ffice. An Internet directory service that matches users' own names with e-mail addresses, generally at colleges and universities. The CSO service, which can be reached through Gopher, was originally developed at the Computing Services Office at the University of Illinois.

**CSO name server** \C-S-O` nām´ sər`vər\ *n*. A facility that provides e-mail directory information through the CSO system. *See also* CSO.

**CSS** \C`S-S´\ *n*. *See* cascading style sheets.

**CSS1** \C`S-S-wən´\ *n*. *See* cascading style sheets.

**CTERM** \C´tərm, C`T-E-R-M´\ *n*. *See* Communications Terminal Protocol.

**CTI** \C`T-I´\ *n*. Acronym for **c**omputer-**t**elephony **i**ntegration. The practice of using a computer to control one or more telephone and communications functions.

**CTL** \kən-trōl´\ *n*. Short for **c**on**t**ro**l**. *See* control character (definition 2), Control key.

**CTRL** or **Ctrl** \kən-trōl´\ Short for **c**on**t**ro**l**. A designation used to label the Control key on computer keyboards. *See also* control character (definition 2), Control key.

**Ctrl-Alt-Delete** \kən-trōl`ält`də-lēt´\ *n*. A three-key combination used with IBM and compatible computers to restart (reboot) the machine. Pressing Ctrl-Alt-Delete (Control-Alt-Delete) causes a warm boot in MS-DOS—the computer restarts but does not go through all of the internal checks involved when power to the system is switched on (cold boot). In Windows 95 and Windows NT, Ctrl-Alt-Delete provides a dialog box from which the user may choose to shut down the computer or end any current tasks.

**Ctrl-C** \kən-trōl`C´\ *n*. **1.** In UNIX, the key combination used to break out of a running process. **2.** The keyboard shortcut recognized by many programs (as in Windows) as an instruction to copy the currently selected item.

**Ctrl-S** \kən-trōl`S´\ *n*. **1.** On systems in which a software handshake is used between terminals and a central computer, the key combination used to suspend output. Ctrl-Q will resume output after a Ctrl-S suspension. *See also* software handshake, XON/XOFF. **2.** A keyboard shortcut recognized by many programs as an instruction to save the current document or file.

**CTS** \C`T-S´\ *n*. Acronym for **C**lear **T**o **S**end. In serial communications, a signal sent, as from a modem to its computer, to indicate that transmission can proceed. CTS is a hardware signal sent over line 5 in RS-232-C connections. *Compare* RTS.

**.cu** \dot`C-U´\ *n*. On the Internet, the major geographic domain specifying that an address is located in Cuba.

**CUA** \C`U-A´\ *n*. *See* Common User Access.

**CUI** \C`U-I´\ *n*. *See* character user interface.

**CUL8R** \sē`yōō-lā´tər\ A fanciful shorthand notation meaning "See you later," sometimes seen in Internet discussion groups as a farewell by a participant temporarily leaving the group.

**curly quotes** \kur´lē kwōts´\ *n*. *See* smart quotes.

**current** \kur´ənt\ *n*. The flow of electric charge through a conductor, or the amount of such flow. Current is measured in amperes. *See also* ampere, coulomb. *Compare* volt.

**current cell** \kur`ənt sel´\ *n*. *See* active cell.

**current directory** \kur`ənt dər-ek´tər-ē\ *n*. The disk directory at the end of the active directory path—the directory that is searched first for a requested file, and the one in which a new file is stored unless another directory is specified. *See also* path (definition 2).

**current drain** \kur´ənt drān`\ *n*. **1.** The current taken from a voltage source by its load (the object receiving the current). *Also called* drain. **2.** The

Tandy, Wyse, and Zenith—were referred to collectively as "the Gang of Nine." EISA maintains compatibility with the earlier Industry Standard Architecture (ISA) but provides for additional features introduced by IBM in its Micro Channel Architecture bus standard. EISA has a 32-bit data path, and it uses connectors that can accept ISA cards. However, EISA cards are compatible only with EISA systems. EISA can operate at much higher frequencies than the ISA bus and provides much faster data throughput than ISA. *See also* ISA, Micro Channel Architecture.

**electroluminescent** \ə-lek`trō-lōō-mə-nes´ənt\ *adj.* Giving off light when electric current is applied. Electroluminescent panels are used in portable computers to backlight the liquid crystal displays. A thin phosphor layer is sandwiched between two thin electrode panels, one of which is nearly transparent. *See also* liquid crystal display.

**electroluminescent display** \ə-lek`trō-lōō-mə-nes`ənt dis-plā´\ *n.* A type of flat-panel display used in laptops in which a thin phosphor layer is set between vertical and horizontal electrodes. These electrodes form $xy$-coordinates; when a vertical and a horizontal electrode are charged, the phosphor at their intersection emits light. Electroluminescent displays provide a sharp, clear image and a wide viewing angle. They were replaced by active matrix LCD screens. *See also* flat-panel display, liquid crystal display, passive-matrix display. *Compare* active-matrix display.

**electrolysis** \ə-lek`trol´ə-sis\ *n.* A process in which a chemical compound is broken down into its constituent parts by passing an electric current through it.

**electromagnet** \ə-lek´trō-mag`nət\ *n.* A device that creates a magnetic field when electric current passes through it. An electromagnet typically contains an iron or steel core with wire wrapped around it. Current is passed through the wire, producing a magnetic field. Electromagnets are used in disk drives to record data onto the disk surface.

**electromagnetic radiation** \ə-lek`trō-mag-net`ik rā-dē-ā´shən\ *n.* The propagation of a magnetic field through space. Radio waves, light, and X rays are examples of electromagnetic radiation, all traveling at the speed of light.

**electromagnetic spectrum** \ə-lek`trō-mag-net`ik spek´trum\ *n.* The range of frequencies of electromagnetic radiation. In theory, the spectrum's range is infinite. See the illustration.



*Electromagnetic spectrum.*

**electromotive force** \ə-lek`trō-mō`tiv fōrs´\ *n.* The force that causes movement in charge carriers (the electrons) in a conductor. *Acronym:* EMF (E`M-F´). *Also called* potential, voltage. *See also* ampere, coulomb.

**electron beam** \ə-lek´tron bēm`\ *n.* A stream of electrons moving in one direction. An electron beam is used in a cathode-ray tube (CRT) to produce an image as it is passed across the phosphor coating inside the tube. *See also* CRT.

**electron gun** \ə-lek´tron gun`\ *n.* A device that produces an electron beam, typically found in television or computer monitors. *See also* CRT.

**electronic bulletin board** \ə-lek-tron`ik bul´ə-tən bōrd`\ *n. See* BBS (definition 1).

**electronic cash** \ə-lek-tron`ik kash´\ *n. See* e-money.

**electronic circuit** \ə-lek-tron`ik sər´kət\ *n. See* circuit.

**electronic commerce** \ə-lek-tron`ik kom´ərs\ *n.* Commercial activity that takes place by means of connected computers. Electronic commerce can occur between a user and a vendor through an online information service, the Internet, or a BBS, or between vendor and customer computers

**voice recognition** \vois´ rek-əg-nish`ən\ *n. See* speech recognition.

**voice synthesis** \vois` sin´thə-sis\ *n. See* speech synthesis.

**volatile memory** \vol`ə-təl mem´ər-ē, vol`ə-tīl\ *n.* **1.** Memory, such as RAM, that loses its data when the power is shut off. *Compare* nonvolatile memory. **2.** Memory used by a program that can change independently of the program, such as memory shared by another program or by an interrupt service routine.

**volt** \vōlt\ *n.* The unit used to measure potential difference or electromotive force. One volt is defined as the potential across which 1 coulomb of charge will do 1 joule of work, or the potential generated by 1 ampere of current flowing through 1 ohm of resistance. *See also* electromotive force.

**voltage** \vōl´təj\ *n. See* electromotive force.

**voltage regulator** \vōl´təj re`gyə-lā-tər\ *n.* A circuit or circuit component that maintains a constant output voltage despite variations in input voltage. See the illustration.



*Voltage regulator. This voltage regulator is style TO-220, one of several types available.*

**volts alternating current** \vōltz` äl-tər-nā-tēng kur´ənt\ *n.* The measure of the peak-to-peak voltage swing of an electrical signal. *Acronym:* VAC (V`A-C´).

**volume** \vol´yōōm\ *n.* **1.** A disk or tape that stores computer data. Sometimes large hard disks are divided into several volumes, each of which is treated as a separate disk. **2.** The loudness of an audio signal.

**volume label** \vol´yōōm lā`bəl\ *n.* A name for a disk or tape. MS-DOS systems, which seldom use disk names except in directory listings, use the term *volume label*. Apple Macintosh systems, which often refer to disks by name, use the term *volume name*.

**volume name** \vol´yōōm nām`\ *n. See* volume label.

**volume reference number** \vol`yōōm ref´ər-əns num`bər, ref´rəns\ *n. See* volume serial number.

**volume serial number** \vol`yōōm sēr´ē-əl num`bər\ *n.* The optional identifying volume number of a disk or tape. MS-DOS systems use the term *volume serial number*. Apple Macintosh systems use the term *volume reference number*. A volume serial number is not the same as a volume label or volume name. *Compare* volume label.

**VON** \V`O-N´\ *n.* Acronym for **v**oice **o**n the **n**et. A broad category of hardware and software technology for real-time voice and video transmission over the Internet. The term was coined by Jeff Pulver, who formed a group called the VON Coalition, which opposes regulation of VON technology and promotes VON to the public.

**von Neumann architecture** \von noi´mən är`kə-tek-chur\ *n.* The most common structure for computer systems, attributed to the mathematician John von Neumann. It uses the concept of a program that can be permanently stored in a computer and manipulated or made self-modifying through machine-based instructions. Sequential processing is characteristic of von Neumann architecture. Parallel architectures have evolved to improve on the encumbrances of sequential instructions. *See also* parallel computer.

**von Neumann bottleneck** \von noi`mən bot´l-nek\ *n.* Competition between data and instructions for CPU time. Mathematician John von Neumann was the first to show that a computer based on architecture linking a single processor with memory will actually spend more time retrieving data from memory than processing it. The bottleneck arises when the processor has to trade off between executing a large number of instructions per second and reading in a large amount of data in the same time. *See also* central processing unit.

**VPD** \V`P-D´\ *n.* Acronym for **v**irtual **p**rinter **d**evice driver. *See* virtual device driver.

