# EXHIBIT 18

*Solas OLED Ltd. v. LG Display Co., Ltd., et al.*, Case No. 6:19-cv-00236-ADA

| *Claim Element* | *'068 Accused Instrumentalities* |
|---|---|
|  | (image of chip with labels "feed interconnections" and "supply lines") |

14

| Claim Element | '068 Accused Instrumentalities |
|---|---|
| | *[SEM cross-section image with annotations: "supply line", "connected to", "feed interconnection", "Vdd", "Cu2", "Cu1"; scale bar 30 µm; mag 5 000 x, tilt 45°, spot 3.0, WD 9.7 mm, HFW 59.7 µm, HV 10.00 kV]* |
| 5. A substrate according to claim 1, further comprising a plurality of light-emitting elements each of which is connected to one of the source and drain of a corresponding one of the driving transistors. | The '068 Accused Instrumentalities comprise a plurality of light-emitting elements each of which is connected to one of the source and drain of a corresponding one of the driving transistors. For example, the Sony Bravia 55A1 OLED Television display panel comprises a plurality of light-emitting elements each of which is connected to one of the source and drain of a corresponding one of the driving transistors shown below: |