# EXHIBIT 27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., an Irish corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG DISPLAY CO., LTD., a Korean corporation; LG ELECTRONICS, INC., a Korean corporation; and SONY CORPORATION, a Japanese corporation,<br><br>Defendants. | CASE NO. 6:19-CV-00236-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT REVISED LIST OF TERMS/CONSTRUCTIONS

Pursuant to the Court's December 21, 2019 Scheduling Order (Dkt. No. 59), Defendants LG Display Co., LTD. ("LGD"), LG Electronics, Inc. ("LGE"), and Sony Corporation ("Sony") (collectively, "Defendants") and Plaintiff Solas OLED Ltd. ("Solas" or "Plaintiff") (collectively, the "Parties") met and conferred to narrow the terms in dispute and regarding a joint revised list of terms/constructions.

Plaintiff and Defendants hereby identify the following terms with agreed constructions, and disputed terms and constructions that expect to be argued in the Parties' Opening Claim Construction Briefs. The parties reserve the right to further meet and confer, and narrow disputes consistent with the Court's Scheduling Order and procedures.

**I.   U.S. PATENT NO. 7,907,137 ("'137 PATENT")**

   **A.   Agreed Terms**

| Claim Terms | Asserted Claim(s) | Agreed Construction |
|---|---|---|
| "luminance gradation" | 10, 36 | light emitting level |

B.   **Disputed Terms**

| Claim Terms | Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|---|
| "a gradation current having a current value" | 10, 36 | "gradation current" means "current conveying information about a level" | an actual current (not voltage) with a value corresponding to a luminance level |
| "gradation signal" | 10, 15, 36, 37, 39 | signal conveying information about a level | a gradation current with a current value sent to a pixel to set a luminance gradation |
| "generates, as the gradation signal, a non-light emitting display voltage having a predetermined voltage value"<br><br>"a non-light emitting display voltage having a predetermined voltage value for allowing the optical element to perform a non-light emitting operation is generated as the gradation signal" | 15, 39 | not indefinite | indefinite |
| "… through a data line … through the data line … through the data line" | 10, 36 | plain and ordinary meaning. "a data line" means "one or more data lines." The antecedent basis for "the data line" is "a data line." | the gradation current is supplied, the threshold voltage is detected, and the compensation voltage is applied through the same data line |
| "before" | 10 | plain and ordinary meaning | earlier in time (not at the same time) |
| "after" | 36 | plain and ordinary meaning | later in time (not at the same time) |

**PARTIES' JOINT REVISED LIST OF TERMS/CONSTRUCTIONS – Page 2**

## II. U.S. PATENT NO. 7,432,891 ("'891 PATENT")

### A. Disputed Terms

| Claim Terms | Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|---|
| "a third thin film transistor which during driving its gate through a driving conductor taps a diode driving current at an output of said first current-driving transistor and supplies a current measuring-[measuring] and voltage regulating circuit, said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison" | 1, 3 | Plain and ordinary meaning. The claimed "providing" by the current measuring- and voltage regulating circuit ("said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison") is not required to occur during driving of the third thin film transistor's gate. | The claimed "providing" by the current measuring- and voltage regulating circuit ("said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison") is required to occur during driving of the third thin film transistor's gate. |
| "current measuring" | 1, 3 | plain and ordinary meaning | measuring actual current (not voltage) |
| "wherein all above mentioned elements of the driving circuit are located at a same side of said light emitting diode" | 3 | wherein all above mentioned elements of the driving circuit are electrically connected to and physically located on the same side of the layers of said light emitting diode | wherein all above mentioned elements of the driving circuit are electrically connected to the anode or cathode of said light emitting diode |

## III. U.S. PATENT NO. 7,573,068 ("'068 PATENT")

### A. Agreed Terms

| Claim Terms | Asserted Claim(s) | Agreed Construction |
|---|---|---|
| "supply lines" | 1, 13 | conductive lines supplying current or voltage |

**PARTIES' JOINT REVISED LIST OF TERMS/CONSTRUCTIONS – Page 3**

B.     Disputed Terms

| Claim Terms | Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|---|
| "formed on said plurality of supply lines along said plurality of supply lines" | 1 | formed on said plurality of supply lines over the length or direction of said plurality of supply lines | formed on said plurality of supply lines over the length of said plurality of supply lines |
| "connected to said plurality of supply lines along said plurality of supply lines" | 13 | connected to said plurality of supply lines over the length or direction of said plurality of supply lines | connected to said plurality of supply lines over the length of said plurality of supply lines |
| "patterned" | 1, 13 | formed in one or more layers | formed in a single layer |
| "patterned together" | 1, 13 | patterned to fit together | patterned at the same time |
| "signal lines" | 1, 13 | conductive lines supplying signals | conductive lines supplying a value corresponding to a luminance level |
| "feed interconnections" | 1, 10, 12, 13, 17 | conductive structures in a layer or layers that provide connections to a source that supplies voltage and/or current | conductive structures in a layer or layers different from the gates, sources and drains that provide connections to a source that supplies voltage and/or current |

**PARTIES' JOINT REVISED LIST OF TERMS/CONSTRUCTIONS** – Page 4

Dated: March 6, 2020

Respectfully Submitted

*/s/ Philip X. Wang*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Neil A. Rubin
CA State Bar No. 250761
Philip X. Wang
CA State Bar No. 262239
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: mfenster@raklaw.com
Email: rmirzaie@raklaw.com
Email: nrubin@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson
CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

T. John Ward, Jr.
TX State Bar No. 00794818
Claire Abernathy Henry
TX State Bar No. 24053063
Andrea L. Fair
TX State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606
Telephone: 903-757-6400
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

ATTORNEYS FOR PLAINTIFF,
SOLAS OLED LTD

*/s/ Douglas E. Lumish*

Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Cole Alan Riddell
Texas Bar No. 24105423
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: criddell@haltomdoan.com

Douglas E. Lumish
California State Bar No. 183863
Email: doug.lumish@lw.com
Gabriel S. Gross
California State Bar No. 254672
Email: gabe.gross@lw.com
Andrew Max Goldberg
California State Bar No. 307254
Email: drew.goldberg@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Tel: 650.328.4600
Fax: 650.463.2600

Joseph H. Lee
California State Bar No. 248046
Email: joseph.lee@lw.com
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: 714.540.1235
Fax: 714.755.8290

Blake R. Davis
California State Bar No. 294360
Email: blake.davis@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
Fax: 415.395.8095

**Attorneys for Defendants**

**PARTIES' JOINT REVISED LIST OF TERMS/CONSTRUCTIONS – Page 7**

**LG DISPLAY CO., LTD.; LG ELECTRONICS, INC.; and SONY CORPORATION**

*/s/ Jonathan A. David*

Gregory S. Gewirtz (*pro hac vice* pending)
Email: ggewirtz@lernerdavid.com
Jonathan A. David (*pro hac vice* pending)
Email: jdavid@lernerdavid.com
**LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP**
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.654.5000
Fax: 908.654.7866
Email: litigation@lernerdavid.com

**Attorneys for Defendant SONY CORPORATION**