UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., <br><br> *Plaintiff*, <br><br> vs. <br><br> LG DISPLAY CO., LTD., <br> LG ELECTRONICS, INC., and <br> SONY CORPORATION, <br><br> *Defendants*. | Case No. 6:19-cv-00236-ADA <br><br> **JURY DEMANDED** |

**DECLARATION OF NEIL A. RUBIN IN SUPPORT OF SOLAS' OPENING CLAIM CONSTRUCTION BRIEF**

I, Neil A. Rubin, state as follows:

I am a member of the State Bar of California and an attorney at the law firm of Russ August & Kabat, counsel for Plaintiff Solas OLED LTD. ("Solas OLED") in the above-captioned actions. I have personal knowledge of the facts set forth in this declaration, and, if called upon to testify, could and would testify competently thereto.

1. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Richard A. Flasck in support of Solas OLED's Opening Claim Construction Brief.

2. Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 7,907,137

3. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 7,432,891

4. Attached as **Exhibit 4** is a true and correct copy of U.S. Patent No. 7,573,068

5. Attached as **Exhibit 5** is a true and correct copy of Parties' Joint Revised List of Terms/Constructions dated March 6, 2020

6. Attached as **Exhibit 6** is a true and correct copy of Microsoft Computer Dictionary (3rd ed., 1997), definition of "signal"

7. Attached as **Exhibit 7** is a true and correct copy of McGraw-Hill Dictionary of Scientific and Technical Terms (4th ed., 1989), definition of "data transmission line"

8. Attached as **Exhibit 8** is a true and correct copy of Merriam-Webster Dictionary (avail. at www.merriam-webster.com, accessed Feb 2020), definitions of "along" and "together"

9. Attached as **Exhibit 9** is a true and correct copy of Dictionary.com (avail. at www.dictionary.com, accessed Feb. 2020), definitions of "along" and "together"

10. Attached as **Exhibit 10** is a true and correct copy of Defendant LG Display's petition for *inter partes* review in IPR2020-00177 on the '891 patent

11. Attached as **Exhibit 11** is a true and correct copy of Defendant LG Display's expert declaration by Dr. Hatalis in *inter partes* review in IPR2020-00177 on the '891 patent

12. Attached as **Exhibit 12** is a true and correct copy of U.S. Patent No. 5,106,652

13. Attached as **Exhibit 13** is a true and correct copy of U.S. Patent No. 5,981,317

14. Attached as **Exhibit 14** is a true and correct copy of U.S. Patent Appl. Pub. No. 2002/0101172

15. Attached as **Exhibit 15** is a true and correct copy of U.S. Patent No. 7,250,722

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 13, 2020, at Los Angeles, California.

                                             /s/ *Neil A. Rubin*
                                                Neil A. Rubin

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 13, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

                                            */s/ Reza Mirzaie*
                                            Reza Mirzaie