# EXHIBIT 32

*Solas OLED Ltd. v. LG Display Co., Ltd., et al.*, Case No. 6:19-cv-00236-ADA

FIRST AMENDED EXHIBIT B: CLAIM CHART FOR U.S. PATENT NO. 7,573,068

Plaintiff Solas OLED Ltd. (Solas) provides this chart based upon information that is presently available to it. Solas has not had access to Defendants' confidential design documents and/or to other materials that may become available during discovery. Solas reserves the right to change or provide more detail to the infringement theories set forth below, based upon information that it learns during this case, subject to the Court's rules and orders.

| *Claim Element* | *'068 Accused Instrumentalities* |
|---|---|
| 1. A transistor array substrate comprising: | To the extent the preamble is deemed limiting, the '068 Accused Instrumentalities comprise a transistor array substrate. For example, the Sony Bravia 55A1 OLED Television display panel comprises a substrate, as shown below: |
| [1a] a substrate; | The '068 Accused Instrumentalities comprise a substrate. For example, the Sony Bravia 55A1 OLED Television display panel comprises a substrate, as shown below: |

1

| *Claim Element* | *'068 Accused Instrumentalities* |
|---|---|
| | [Alternative #2]<br><br>The plurality of supply lines continue as shown below:<br><br>*(image: micrograph with "supply lines" labeled and "500 µm" scale bar)*<br><br>Further, to the extent this term is construed as LG recently proposed and/or as LG recently described in its Opening Markman Brief, and to the extent that construction is interpreted to require being formed on or connected to along the entire or substantially all the length of said plurality of supply lines, the accused products still meet this limitation, at least under the doctrine of equivalents, because there would be insubstantial differences, if any differences at all, between the claim requirement and the accused products. |

14

| *Claim Element* | *'068 Accused Instrumentalities* |
|---|---|
| | For example, the components in the accused products (e.g., the feed interconnections and supply lines) still would have substantially the same claimed function and/or functional relationship in substantially the same way (e.g., the feed interconnections being formed on or connected to adjacent to the plurality of supply lines, for at least some portion of the length of that plurality of supply lines, not at merely an arbitrary point) to give the same result (reducing some resistance, allowing increased thickness of components, and existing along the length of where the supply lines are in the finished semiconductor) as the construed claim. |

| Claim Element | '068 Accused Instrumentalities |
|---|---|
|  | [image of circuit with "supply lines" label and "500 μm" scale]<br><br>Further, to the extent this term is construed as LG recently proposed and/or as LG recently described in its Opening Markman Brief, and to the extent that construction is interpreted to require being formed on or connected to along the entire or substantially all the length of said plurality of supply lines, the accused products still meet this limitation, at least under the doctrine of equivalents, because there would be insubstantial differences, if any differences at all, between the claim requirement and the accused products. For example, the components in the accused products (e.g., the feed interconnections and supply lines) still would have substantially the same claimed function and/or functional relationship in substantially the same way (e.g., the feed interconnections being formed on or connected to adjacent to the plurality of supply lines, for at least some |

| *Claim Element* | *'068 Accused Instrumentalities* |
|---|---|
| | portion of the length of that plurality of supply lines, not at merely an arbitrary point) to give the same result (reducing some resistance, allowing increased thickness of components, and existing along the length of where the supply lines are in the finished semiconductor) as the construed claim. |
| [13e] a plurality of feed interconnections which are connected to said plurality of supply lines along said plurality of supply lines; | The '068 Accused Instrumentalities comprise a plurality of feed interconnections which are connected to said plurality of supply lines along said plurality of supply lines. For example, the display panel of the Sony Bravia 55A1 OLED Television comprises a plurality of feed interconnections which are connected to the supply lines along the supply lines, as shown below:<br><br>[Alternative #1] |