# EXHIBIT 19



# Transcript of Richard A. Flasck

**Date:** April 14, 2020
**Case:** Solas Oled LTD., et al. -v- LG Display Co., LTD., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

Transcript of Richard A. Flasck
Conducted on April 14, 2020

147

| | | |
|---|---|---|
| 1 | Q. So the answer to my question is "No," right? | 15:16:23 |
| 2 | A. I answered your question. | 15:16:27 |
| 3 | Q. In paragraph 91, you reference part of the | 15:16:33 |
| 4 | prosecution history, and you state that it: merely | 15:16:49 |
| 5 | indicates that the full plain meaning of "before" or | 15:16:55 |
| 6 | "after" obviously does not cover the situation in | 15:16:58 |
| 7 | which two things happen at the same time -- and only | 15:17:00 |
| 8 | happen at the same time. | 15:17:04 |
| 9 | Correct? | 15:17:05 |
| 10 | A. Yes. | 15:17:06 |
| 11 | Q. And so you agree with Defendants' proposed | 15:17:07 |
| 12 | construction that "before" and "after" cannot mean | 15:17:11 |
| 13 | at the same time, correct? | 15:17:15 |
| 14 | A. ==I agree, as I state in paragraph 92, that== | 15:17:16 |
| 15 | ==is: A must occur before B starts -- that is not the== | 15:17:32 |
| 16 | ==same as the prior art, in which A and B only happen== | 15:17:35 |
| 17 | ==at the same time.== | 15:17:40 |
| 18 | ==So it's my opinion that if two events begin,== | 15:17:41 |
| 19 | ==continue, and end at the same time, they cannot --== | 15:17:47 |
| 20 | ==those two events cannot be before or after. But if== | 15:17:50 |
| 21 | ==there's an offset in time between the beginning== | 15:17:55 |
| 22 | ==and/or the ending, then I believe that the plain and== | 15:17:58 |
| 23 | ==ordinary definition and use of the term "before" or== | 15:18:02 |
| 24 | ==" after" can come into play.== | 15:18:05 |
| 25 | ==There can be overlap. There can't be== | 15:18:07 |

| | | |
|---|---|---|
| 1 | simultaneity. | 15:18:10 |
| 2 | Q.  In paragraph 92, you reference the case of a | 15:18:13 |
| 3 | gradation voltage and a compensation voltage being | 15:18:17 |
| 4 | added together, correct? | 15:18:20 |
| 5 | A.  Yes. | 15:18:22 |
| 6 | Q.  And that is an example of providing things | 15:18:24 |
| 7 | at the same time, correct? | 15:18:26 |
| 8 | A.  It says the compensation voltage and the | 15:18:28 |
| 9 | gradation voltage are added to be supplied at the | 15:18:36 |
| 10 | same time as a compensated gradation voltage. | 15:18:40 |
| 11 | So that means that the compensation voltage | 15:18:46 |
| 12 | and the gradation voltage are added, and they're | 15:18:53 |
| 13 | supplied at the same time.  The application starts | 15:18:55 |
| 14 | at the same time, it continues through the same | 15:18:58 |
| 15 | time, and it ends at the same time. | 15:19:01 |
| 16 | Q.  And you agree that providing a gradation | 15:19:02 |
| 17 | voltage and a compensation voltage cannot be within | 15:19:06 |
| 18 | the scope of "before" and "after" in these | 15:19:10 |
| 19 | statements, correct? | 15:19:15 |
| 20 | A.  I'm sorry, the supply -- ask that question | 15:19:16 |
| 21 | again. | 15:19:19 |
| 22 | Q.  Yeah.  So if a gradation voltage and a | 15:19:19 |
| 23 | compensation voltage are added together and then | 15:19:23 |
| 24 | supplied to a data line, that cannot be -- scenario | 15:19:26 |
| 25 | cannot be encompassed by the terms "before" or | 15:19:32 |