UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> LG DISPLAY CO., LTD., <br> LG ELECTRONICS, INC., and <br> SONY CORPORATION, <br><br> *Defendants.* | Case No. 6:19-cv-00236-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Under the Court's December 21, 2019 Scheduling Order (Dkt. 59) and April 11, 2020 Order, Plaintiff Solas OLED Ltd. ("Solas") and Defendants LG Display Co., LTD, LG Electronics, Inc., and Sony Corporation ("Defendants") submit this Joint Claim Construction Statement. This case involves three asserted patents: U.S. Patent Nos. 7,907,137 ("'137 patent," Dkt. 32-3) 7,432,891 ("'891 patent," Dkt. 32-1), and 7,573,068 ("'068 patent," Dkt. 32-2). Solas asserts claims 1 and 3 of the '891 patent, claims 10, 11, 15, 36, 37, and 39 of the '137 patent, and claims 1, 5, 10, 12, 13, and 17 of the '068 patent.

## I.   AGREED CLAIM CONSTRUCTIONS

### A.   '137 Patent

| Claim Terms | Asserted Claim(s) | Agreed Construction |
|---|---|---|
| "luminance gradation" | 10, 36 | light emitting level |

### B.   '068 Patent

| Claim Terms | Asserted Claim(s) | Agreed Construction |
|---|---|---|
| "supply lines" | 1, 13 | conductive lines supplying current or voltage |

## II.   DISPUTED TERMS FOR CONSTRUCTION

### A.   '137 Patent

| Claim Terms | Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|---|
| "a gradation current having a current value" | 10, 36 | a current having a current value and conveying information about a level | an actual current (not voltage) with a value corresponding to a luminance level |

1

| Claim Terms | Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|---|
| "gradation signal" | 10, 15, 36, 37, 39 | signal conveying information about a level | a gradation current with a current value sent to a pixel to set a luminance gradation |
| "generates, as the gradation signal, a non-light emitting display voltage having a predetermined voltage value"<br><br>"a non-light emitting display voltage having a predetermined voltage value for allowing the optical element to perform a non-light emitting operation is generated as the gradation signal" | 15, 39 | Not indefinite | Indefinite |
| ". . . through a data line . . . through the data line . . . through the data line" | 10, 36 | plain and ordinary meaning. "a data line" means "one or more data lines." The antecedent basis for "the data line" is "a data line." | the gradation current is supplied, the threshold voltage is detected, and the compensation voltage is applied through the same data line |
| "before"<br><br>"after" | 10<br><br>36 | plain and ordinary meaning<br><br>plain and ordinary meaning | earlier in time (not at the same time)<br><br>later in time (not at the same time) |

2

B.     '891 Patent

| Claim Terms | Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|---|
| "a third thin film transistor which during driving its gate through a driving conductor taps a diode driving current at an output of said first current-driving transistor and supplies a current measuring-[measuring] and voltage regulating circuit, said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison" | 1, 3 | Plain and ordinary meaning. The claimed "providing" by the current measuring- and voltage regulating circuit ("said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison") is not required to occur during driving of the third thin film transistor's gate. | The claimed "providing" by the current measuring- and voltage regulating circuit ("said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison") is required to occur during driving of the third thin film transistor's gate. |
| "current measuring" | 1, 3 | plain and ordinary meaning | measuring actual current (not voltage) |
| "wherein all above mentioned elements of the driving circuit are located at a same side of said light emitting diode" | 3 | wherein all above mentioned elements of the driving circuit are electrically connected to and physically located on the same side of the layers of said light emitting diode | wherein all above mentioned elements of the driving circuit are electrically connected to the anode or cathode of said light emitting diode |

3

C.     '068 Patent

| Claim Terms | Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|---|
| "formed on said plurality of supply lines along said plurality of supply lines" | 1 | formed on said plurality of supply lines over the length or direction of said plurality of supply lines | formed on said plurality of supply lines over the length of said plurality of supply lines |
| "connected to said plurality of supply lines along said plurality of supply lines" | 13 | connected to said plurality of supply lines over the length or direction of said plurality of supply lines | connected to said plurality of supply lines over the length of said plurality of supply lines |
| "patterned" | 1, 13 | formed in one or more layers | formed in a single layer |
| "patterned together" | 1, 13 | patterned to fit together | patterned at the same time |
| "signal lines" | 1, 13 | conductive lines supplying signals | conductive lines supplying a value corresponding to a luminance level |
| "feed interconnections" | 1, 10, 12, 13, 17 | conductive structures in a layer or layers that provide connections to a source that supplies voltage and/or current | conductive structures, in a layer or layers different from the gates, sources and drains, that provide connections to a source that supplies voltage and/or current |

Dated: May 1, 2020                             Respectfully submitted,

                                                   */s/ Philip X. Wang*

                                                   Marc Fenster
                                                   California State Bar No. 181067
                                                   Email: mfenster@raklaw.com
                                                   Reza Mirzaie
                                                   Email: rmirzaie@raklaw.com
                                                   California State Bar No. 246953
                                                   Neil A. Rubin
                                                   California State Bar No. 250761
                                                   Email: nrubin@raklaw.com

Philip X. Wang
California State Bar No. 262239
pwang@raklaw.com
Kent N. Shum
California State Bar No. 259189
Email: kshum@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Tel: 310.826.7474


Sean A. Luner
California State Bar No. 165443
Email: sean@dovel.com
Gregory S. Dovel
California State Bar No. 135387
Email: greg@dovel.com
Jonas Jacobson
Email: jonas@dovel.com
California State Bar No. 269912
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310.656.7066

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Tel: 903.757.6400
Fax: 903.757.2323

**Attorneys for Plaintiff SOLAS OLED, LTD.**


*/s/ Jennifer H. Doan*

Jennifer H. Doan
Texas Bar No. 08809050
Email: jdoan@haltomdoan.com
Joshua R. Thane
Email: jthane@haltomdoan.com
Texas Bar No. 24060713
J. Randy Roeser

5

Case 6:19-cv-00236-ADA   Document 76   Filed 05/01/20   Page 7 of 9

Email: rroeser@haltomdoan.com
Texas Bar No. 24089377
Cole A. Riddell
Email: criddell@haltomdoan.com
Texas Bar No. 24105423
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: 903.255.1000
Fax: 903.255.0800


Douglas E. Lumish
California State Bar No. 183863
Email: doug.lumish@lw.com
Gabriel S. Gross
California State Bar No. 254672
Email: gabe.gross@lw.com
Andrew Max Goldberg
California State Bar No. 307254
Email: drew.goldberg@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Tel: 650.328.4600
Fax: 650.463.2600

Joseph H. Lee
California State Bar No. 248046
Email: joseph.lee@lw.com
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: 714.540.1235
Fax: 714.755.8290

Blake R. Davis
California State Bar No. 294360
Email: blake.davis@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
Fax: 415.395.8095

**Attorneys for Defendants
LG DISPLAY CO., LTD.; LG
ELECTRONICS, INC.; and SONY
CORPORATION**

———

Gregory S. Gewirtz (*pro hac vice* pending)
Email: ggewirtz@lernerdavid.com

6

Jonathan A. David (*pro hac vice* pending)
Email: jdavid@lernerdavid.com
**LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP**
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.654.5000
Fax: 908.654.7866
Email: litigation@lernerdavid.com

**Attorneys for Defendant SONY
CORPORATION**

## CERTIFICATE OF SERVICE

      I certify that on May 1, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

                                                       /s/ Philip X. Wang
                                                       Philip X. Wang