IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., §<br>    *Plaintiff* §<br>§<br>-v- §<br>§<br>LG DISPLAY CO., LTD.,  LG §<br>ELECTRONICS, INC.,  SONY §<br>CORPORATION, §<br>    *Defendants* § | W-19-CV-00236-ADA |

## CLAIM CONSTRUCTION ORDER

The Court held the *Markman* hearing on May 15, 2020, during which the Court orally provided the below claim constructions. The Court now enters those claim constructions.

| Term | Final Constructions |
|---|---|
| "a gradation current having a current value" | "a current, which conveys information about a level" |
| "gradation signal" | "signal conveying information about a level" |
| "generates, as the gradation signal, a nonlight emitting display voltage having a predetermined voltage value"<br><br>"a non-light emitting display voltage having a predetermined voltage value for allowing the optical element to perform a non-light emitting operation is generated as the gradation signal" | Not indefinite. |
| "through a data line"<br><br>"through the data line" | Plain and ordinary meaning[1]<br><br>[1] [Footnote is not for the jury] The threshold voltage is detected through and the compensation voltage is applied through the same data line that the gradation current is supplied through. |
| "before"<br><br>"after" | Plain and ordinary meaning<br><br>Plain and ordinary meaning |
| "a third thin film transistor which during | Plain and ordinary meaning. |

| Term | Final Constructions |
|---|---|
| driving its gate through a driving conductor taps a diode driving current at an output of said first current-driving transistor and supplies a current measuring-[measuring] and voltage regulating circuit, said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison" | The claimed "providing" by the current measuring- and voltage regulating circuit ("said current measuring- and voltage regulating circuit providing to the data conductor a voltage signal which is dependent on a current measuring result and a voltage comparison") is not required to occur during driving of the third thin film transistor's gate. |
| "current measuring" | Plain and ordinary meaning |
| "wherein all above mentioned elements of the driving circuit are located at a same side of said light emitting diode" | "wherein all above mentioned elements of the driving circuit are electrically connected to and physically located on the same side of the layers of said light emitting diode" |
| "formed on said plurality of supply lines along said plurality of supply lines"<br><br>"connected to said plurality of supply lines along said plurality of supply lines" | "formed on said plurality of supply lines over the length or direction of said plurality of supply lines"<br><br>"connected to said plurality of supply lines over the length or direction of said plurality of supply lines" |
| "patterned" | Note: The Court believes that it is unnecessary to separately construe part of a claim term and/or prior to construing the entire claim term. Therefore, the Court's preliminary construction for this term is contained within the Court's preliminary construction for "patterned together." |
| "patterned together" | "patterned to fit together," wherein patterned may consist of one or more fabrication steps |
| "signal lines" | Plain and ordinary meaning wherein the plain and ordinary meaning is "conductive lines supplying signals" |
| "feed interconnections" | "conductive structures in a different layer or layers than the supply line that also provide connections to a source that supplies voltage and/or current" |

The Court will enter its memorandum in support of these claim constructions shortly.

**SIGNED** this 9th day of June, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE