IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., an Irish corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG DISPLAY CO., LTD., a Korean corporation; LG ELECTRONICS, INC., a Korean corporation; and SONY CORPORATION, a Japanese corporation,<br><br>Defendants. | Case No. 6:19-CV-00236-ADA |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS**

Plaintiff Solas OLED Ltd. moves the Court for a 4-day extension of the deadline to serve final infringement and invalidity contentions. Defendants LG Display Co., Ltd., LG Electronics, Inc., and Sony Corporation do not oppose this motion. The requested extension is as follows:

| Deadline (Dkt. 59, 84) | New Deadline | Item |
|---|---|---|
| July 27, 2020 | July 31, 2020 | Deadline to serve Final Infringement and Invalidity Contentions. |

Good cause supports this 4-day extension because one of Solas's counsel has recently been placed under self-isolation and quarantine orders until July 25, 2020. Further, Solas's counsel are scheduled to conduct in-person review of Defendants' Limited Access Materials on July 27, 2020. No other scheduling adjustments are requested at this time. A proposed order is attached.

Dated: July 22, 2020

Respectfully submitted,

*/s/ Philip X. Wang*

Marc Fenster
California State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie

Email: rmirzaie@raklaw.com
California State Bar No. 246953
Neil A. Rubin
California State Bar No. 250761
Email: nrubin@raklaw.com
Philip X. Wang
California State Bar No. 262239
pwang@raklaw.com
Kent N. Shum
California State Bar No. 259189
Email: kshum@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Tel: 310.826.7474

Sean A. Luner
California State Bar No. 165443
Email: sean@dovel.com
Gregory S. Dovel
California State Bar No. 135387
Email: greg@dovel.com
Jonas Jacobson
Email: jonas@dovel.com
California State Bar No. 269912
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310.656.7066

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Tel: 903.757.6400
Fax: 903.757.2323

**Attorneys for Plaintiff SOLAS OLED, LTD.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 22, 2020

                                                    */s/ Philip X. Wang*
                                                    Philip X. Wang