**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

SOLAS OLED LTD., an Irish corporation,

Plaintiff,

v.

LG DISPLAY CO., LTD., a Korean corporation; LG ELECTRONICS INC., a Korean corporation; and SONY CORPORATION, a Japanese corporation,

Defendants.

**CASE NO. 6:19-CV-00236-ADA**

**JURY TRIAL DEMANDED**

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Solas OLED Ltd. and Defendants LG Display Co., LTD, LG Electronics Inc., and Sony Corporation (collectively, the "Parties") respectfully request the Court modify certain dates in the Scheduling Order (Dkt. No. 59). The Parties have been working diligently to meet the Court's deadlines, but the Parties agree that a brief extension is needed for the following deadlines:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery. | Friday, October 30, 2020 | Friday, November 13, 2020 |
| Opening Expert Reports. | Friday, November 6, 2020 | Tuesday, November 24, 2020 |
| Rebuttal Expert Reports. | Friday, December 4, 2020 | Wednesday, December 23, 2020 |
| Close of Expert Discovery. | Wednesday, December 23, 2020 | Friday, January 8, 2021 |
| Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a report within 5 | Friday, January 8, 2021 | Tuesday, January 12, 2021 |

| business days regarding the results of the meet and confer. | | |
|---|---|---|

The requested extension is not for the purpose for delay, and the remaining deadlines in the Scheduling Order shall remain unchanged. The parties agree that these new deadlines do not include an extension to serve any new discovery requests, notices, subpoenas, etc. under the original schedule, i.e., 30 days before the original fact discovery cut-off.

Respectfully submitted,

*/s/ Philip X. Wang*
Marc Fenster
California State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
Email: rmirzaie@raklaw.com
California State Bar No. 246953
Neil A. Rubin
California State Bar No. 250761
Email: nrubin@raklaw.com
Philip X. Wang
California State Bar No. 262239
pwang@raklaw.com
Kent N. Shum
California State Bar No. 259189
Email: kshum@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Tel: 310.826.7474

Sean A. Luner
California State Bar No. 165443
Email: sean@dovel.com
Gregory S. Dovel
California State Bar No. 135387
Email: greg@dovel.com
Jonas Jacobson
Email: jonas@dovel.com
California State Bar No. 269912
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600

Santa Monica, CA 90401
Tel: 310.656.7066

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Tel: 903.757.6400
Fax: 903.757.2323

**ATTORNEYS FOR PLAINTIFF SOLAS OLED, LTD.**

        */s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Email: jdoan@haltomdoan.com
Joshua R. Thane
Email: jthane@haltomdoan.com
Texas Bar No. 24060713
J. Randy Roeser
Email: rroeser@haltomdoan.com
Texas Bar No. 24089377
Cole A. Riddell
Email: criddell@haltomdoan.com
Texas Bar No. 24105423
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: 903.255.1000
Fax: 903.255.0800

Douglas E. Lumish
California State Bar No. 183863
Email: doug.lumish@lw.com
Gabriel S. Gross
California State Bar No. 254672
Email: gabe.gross@lw.com
Andrew Max Goldberg
California State Bar No. 307254
Email: drew.goldberg@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Tel: 650.328.4600
Fax: 650.463.2600

Joseph H. Lee
California State Bar No. 248046
Email: joseph.lee@lw.com
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: 714.540.1235
Fax: 714.755.8290

        Blake R. Davis
California State Bar No. 294360
Email: blake.davis@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
Fax: 415.395.8095

**ATTORNEYS FOR DEFENDANTS LG DISPLAY CO., LTD.; LG ELECTRONICS INC.; AND SONY CORPORATION**

Gregory S. Gewirtz (*pro hac vice* pending)
Email: ggewirtz@lernerdavid.com
Jonathan A. David (*pro hac vice* pending)
Email: jdavid@lernerdavid.com
**LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP**
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.654.5000
Fax: 908.654.7866
Email: litigation@lernerdavid.com

**ATTORNEYS FOR DEFENDANT SONY CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 29th day of October, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Jennifer H. Doan*
Jennifer H. Doan