# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., an Irish corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG Display Co., Ltd., a Korean corporation;<br>LG Electronics, Inc., a Korean corporation;<br>LG Display America, Inc., a California corporation;<br>LG Electronics USA, Inc., a Delaware corporation;<br>Sony Corporation, a Japanese corporation; and<br>Sony Electronics, Inc., a Delaware corporation;<br><br>Defendants. | **CASE NO.  6:19-CV-00236-ADA**<br><br>**JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

| Deadline | Item |
|---|---|
| Thursday, December 3, 2020 | Opening Expert Reports |
| Thursday, December 31, 2020 | Rebuttal Expert Reports |
| Friday, January 15, 2021 | Reply Expert Reports as allowed by the Court during the November 16, 2020 discovery teleconference |
| Friday, January 22, 2021 | Close of Expert Discovery |
| Thursday, January 26, 2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a report within 5 business days regarding the results of the meet and confer |
| Friday, January 29, 2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| Friday, February 9, 2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations) |
| Thursday, February 18, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures |
| Friday, February 26, 2021 | Serve objections to rebuttal disclosures and File Motions *in limine* |

| Friday, March 5, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
|---|---|
| Friday, March 12, 2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3 business days before Final Pretrial Conference. | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| | Final Pretrial Conference. The Court expects to set the Pretrial Conference within 2-4 weeks of the trial date. |
| Monday, March 29, 2021 at 9:00 AM | Jury Selection/Trial. The Court expects to set this date at the conclusion of the Markman Hearing. |

SIGNED this day of _____8th day of December_____, 2020.


ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

**AMENDED SCHEDULING ORDER** – Page 2