# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., an Irish corporation, <br><br> Plaintiff, <br><br> v. <br><br> LG Display Co., Ltd., a Korean corporation; <br> LG Electronics Inc., a Korean corporation; <br> LG Display America, Inc., a California corporation; <br> LG Electronics USA, Inc., a Delaware corporation; <br> Sony Corporation, a Japanese corporation; and <br> Sony Electronics Inc., a Delaware corporation; <br><br> Defendants. | **CASE NO. 6:19-CV-00236-ADA** <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Solas OLED Ltd. and Defendants LG Display Co., Ltd., LG Electronics Inc., LG Display America, Inc., LG Electronics USA., Inc., Sony Corporation, and Sony Electronics Inc. (collectively, the "Parties") submit this Joint Motion to stay all deadlines in this case.

Good case supports this request because the Parties have finalized and entered into a settlement agreement as to all matters in controversy in this case. Accordingly, the Parties request that the Court stay all deadlines in this case until February 19, 2021, while the Parties complete their obligations under the agreement and prepare appropriate dismissal papers.

A proposed order is attached.

Respectfully submitted,

*/s/ Philip X. Wang*
Marc Fenster
California State Bar No. 181067

Email: mfenster@raklaw.com
Reza Mirzaie
Email: rmirzaie@raklaw.com
California State Bar No. 246953
Paul A. Kroeger
California State Bar No. 229074
Email: pkroeger@raklaw.com
Philip X. Wang
California State Bar No. 262239
pwang@raklaw.com
Kent N. Shum
California State Bar No. 259189
Email: kshum@raklaw.com
Jonathan Ma
California State Bar No. 312773
Email: jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Tel: 310.826.7474

**ATTORNEYS FOR PLAINTIFF SOLAS OLED, LTD.**


*/s/ Douglas E. Lumish*
Jennifer H. Doan
Texas Bar No. 08809050
Email: jdoan@haltomdoan.com
Joshua R. Thane
Email jthane@haltomdoan.com
Texas Bar No. 24060713
J. Randy Roser
Email: rroser@haltomdoan.com
Texas Bar No. 24089377
Cole A. Riddell
Email: criddell@haltomdoan.com
Texas Bar No. 24105423
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel: 903.255.1000
Fax: 903.255.0800

Douglas E. Lumish
California State Bar No. 183863

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** – Page 2

Email: doug.lumish@lw.com
Gabriel S. Gross
California State Bar No. 254672
Email: gabe.gross@lw.com
Patricia Young
California Bar No. 291265
Email: patricia.young@lw.com
Clara Wang
California Bar No. 321496
Email: clara.wang@lw.com
Linfong Tzeng
California State Bar No. 281798
linfong.tzeng@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Tel: 650.328.4600
Fax: 650.463.2600

Joseph H. Lee
California State Bar No. 248046
Email: joseph.lee@lw.com
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: 714.540.1235
Fax: 714.755.8290

Blake R. Davis
California State Bar No. 294360
Email: blake.davis@lw.com
Allison Harms
California State Bar No. 299214
allison.harms@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
Fax: 415.395.8095

Bert C. Reiser
District of Columbia Bar No. 451942
Email: bert.reiser@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W.
Suite 1000

Washington, DC 20004
Tel: 202.637.2200
Fax: 202.637.2201

Daniel Ripley McNeely
Illinois Bar No. 6293352
Email: daniel.mcneely@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312.876.7700
Fax: 312.993.9767

Michael A. David
New York Bar No. 4342341
Email: michael.david@lw.com
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Tel: 212.906.1200
Fax: 212.751.4864

**ATTORNEYS FOR DEFENDANTS**

Gregory S. Gewirtz (*pro hac vice*)
Email: ggewirtz@lernerdavid.com
Jonathan A. David (*pro hac vice*)
Email: jdavid@lernerdavid.com
**LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP**
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.654.5000
Fax: 908.654.7866
Email: litigation@lernerdavid.com

**ATTORNEYS FOR DEFENDANTS SONY CORPORATION AND SONY ELECTRONICS INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 6, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Philip X. Wang*
Philip X. Wang
